UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER,<br>    Plaintiffs<br><br>v.<br><br>ARTHUR ORFANOS,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR SHORT ORDER OF NOTICE**

Now come the plaintiffs in the above-entitled action and respectfully request that this Honorable Court issue a Short Order of Notice for the hearing of the Plaintiff's Motion for Preliminary Injunction. The Plaintiffs requests that this Court grant a hearing on such Motion during the week of July 12, 2004.

As grounds therefor, the plaintiffs state that the defendant is engaged in an ongoing campaign to contact venue owners and others in the music industry in an effort to discredit the plaintiffs' band and have their concerts cancelled. The defendant is also publishing false, misleading, and disparaging information over the internet through various usernames and websites that have caused, and are continuing to cause, substantial and irreparable harm to the plaintiffs' business relationships and reputation. In addition, the plaintiffs' band, Pink Voyd, is scheduled to play a concert at the Chevalier Theatre in Medford on July 17, 2004, and the plaintiffs' are concerned that the defendant will be successful in having this performance cancelled if he is

allowed to continue his wrongful actions. As such, the urgent resolution of the plaintiffs' request for injunctive relief is warranted.

WHEREFORE, the plaintiffs respectfully request that this Court issue a Short Order of Notice for a hearing of the Plaintiff's Motion for Preliminary Injunction during the week of July 12, 2004.

> Respectfully submitted,
>
> **CLARK, HUNT & EMBRY**
>
> *[signature]*
>
> Michael B. Newman (632222)
> Mandi Jo Jastremski (657349)
> 55 Cambridge Parkway
> Cambridge, MA 02142
> (617) 494-1920