AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

WALTER STICKLE, ANTHONY CALIENDO,
JOHN PITINGOLO, and DANIEL FISHER

V.

ARTHUR ORFANOS

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 11539 JLT

TO: (Name and address of Defendant)

Arthur Orfanos
54 Egerton Road
Arlington, MA 02474

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael B. Newman
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE: JUL 09 2004

(By) DEPUTY CLERK