# Clark, Hunt and Embry
ATTORNEYS AT LAW
55 CAMBRIDGE PARKWAY
CAMBRIDGE, MASSACHUSETTS 02142
617-494-1920
TELECOPIER 617-494-1921

STEPHEN S. CLARK
BRUCE J. EMBRY
WILLIAM J. HUNT
WILLIAM F. AHERN, JR.
HENRY W. CLARK
JAMES T. BUCHANAN

DAVID GRAY HANSON, Of Counsel

MICHAEL B. NEWMAN
CHERYL CAMERON LEARY
DIANE SWIERCZYNSKI
EMANUEL J. MARKIS
JOSHUA D. KRELL
DAVID J. BURBRIDGE
CHRISTOPHER A. MYER
DEBORAH M. BIES
ANDREA M. YOUNG
MANDI JO HANNEKE
STACEY A. WARD

August 6, 2004

Zita Lovett, Clerk
The Honorable Justice Joseph L. Tauro
U.S. District Court, Suite 7110
1 Courthouse Way
Boston, MA 02210

Re:   **Stickle, et al. v. Orfanos**
      **Case No. 04 11539 JLT**

Dear Clerk Lovett:

I am in receipt of a letter dated August 3, 2004 sent to you by attorney Mark E. Pelosky, who is representing the defendant, Orfanos, in the above matter. I believe it is necessary to provide some clarification.

On behalf of the plaintiffs, I have been engaging in discussions with attorney Pelosky to see if we can resolve this dispute. As the deadline for the defendant to file his answer and opposition to our Motion for Preliminary Injunction has passed, I have agreed to provide the defendant with at least two days' additional notice before requiring him to file responsive pleadings. At no time, however, did I agree to extend this period of time for two weeks, or until August 17, 2004.

Your attention to this information is appreciated. Should you have any questions or concerns, or if you require any additional information, please do not hesitate to contact me.

Very truly yours,

Michael B. Newman

MBN:ls

cc: Mark E. Pelosky, Esq.