UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11539 JLT

WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO, and DANIEL FISHER,
Plaintiffs

v.

ARTHUR ORFANOS,
Defendant

## NOTICE OF APPEARANCE

Please enter my Appearance as Counsel for Defendant in the instant matter, and notify me of all matters related thereto as soon as possible.

Respectfully submitted,

Defendant
By his Attorney
The Law Offices of Mark E. Pelosky, P.C.

Mark E. Pelosky, Esq.
The Law Offices of Mark E. Pelosky, P.C.
375 Broadway Suite 207
Chelsea, MA 02150
617 884 8100

August 23, 2004