UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11539 JLT

|  |  |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO, and DANIEL FISHER,<br>  Plaintiffs<br><br>v.<br><br>ARTHUR ORFANOS,<br>  Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S REQUEST FOR HEARING FOR ORAL ARGUMENT

NOW comes Defendant in the instant matter to respectfully request a Hearing for Oral Argument to defendant against Plaintiff's Motion for Preliminary Injunction.

WHEREFORE, Defendant respectfully requests this Honorable Court schedule a Hearing for Oral Argument on the Plaintiff's Motion for Preliminary Injunction.

Respectfully submitted,

Defendant
By his Attorney
The Law Offices of Mark E. Pelosky, P.C.

_____
Mark E. Pelosky, Esq.
The Law Offices of Mark E. Pelosky, P.C.
375 Broadway Suite 207
Chelsea, MA 02150
617 884 8100

August 20, 2004

1