# United States District Court
District of Massachusetts

WALTER STICKLE, et al

                        CA 04-11539-JLT

  V

ARTHUR ORFANOS

<u>**NOTICE**</u>

The above-entitled case has been set for **a Motion Hearing on Sept., 29,2004 at 11:00 A.M.** in <u>Courtroom 20,7th Floor,at new FEDERAL COURTHOUSE,</u> 1 Courthouse Way, Boston, MA.

Note: Any counsel who realizes that one or more attorneys have not been notified, shall forthwith notify the additional attorneys in writing.

                                              By the Court,

                                              /s/

                                              Zita Lovett
                                              Deputy Clerk

Date: September 22,2004
CC:   All counsel of record