UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CASE NO. 04 11539 JLT

|  |  |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER, Plaintiffs/Defendants-in-Counterclaim<br><br>v.<br><br>ARTHUR ORFANOS, Defendant/Plaintiff-in-Counterclaim | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' ANSWERS TO DEFENDANT'S COUNTERCLAIMS**

1.  The defendants-in-counterclaim admit the allegations contained in paragraph 1 of the plaintiff-in-counterclaim's complaint.

2.  The defendants-in-counterclaim admit the allegations contained in paragraph 2 of the plaintiff-in-counterclaim's complaint.

3.  The defendants-in-counterclaim admit the allegations contained in paragraph 3 of the plaintiff-in-counterclaim's complaint.

4.  The defendants-in-counterclaim admit the allegations contained in paragraph 4 of the plaintiff-in-counterclaim's complaint.

5.  The defendants-in-counterclaim admit the allegations contained in paragraph 5 of the plaintiff-in-counterclaim's complaint.

6.  The defendants-in-counterclaim admit the allegations contained in paragraph 6 of the plaintiff-in-counterclaim's complaint.

7. The defendants-in-counterclaim are without knowledge as to the truth or falsity of the allegations contained in paragraph 7 of the plaintiff-in-counterclaim's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

8. The defendants-in-counterclaim deny the allegations contained in paragraph 8 of the plaintiff-in-counterclaim's complaint.

9. The defendants-in-counterclaim deny the allegations contained in paragraph 9 of the plaintiff-in-counterclaim's complaint.

10. The defendants-in-counterclaim are without knowledge as to the truth or falsity of the allegations contained in paragraph 10 of the plaintiff-in-counterclaim's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

11. The defendants-in-counterclaim deny the allegations contained in paragraph 11 of the plaintiff-in-counterclaim's complaint.

12. The defendants-in-counterclaim deny the allegations contained in paragraph 12 of the plaintiff-in-counterclaim's complaint.

13. The defendants-in-counterclaim admit that there were discussions to change the name of the band The Mood, but are without knowledge as to the remainder of the allegations in this paragraph, and, therefore, these allegations are denied.

14. The defendants-in-counterclaim deny the allegations contained in paragraph 14 of the plaintiff-in-counterclaim's complaint.

15. The defendants-in-counterclaim are without knowledge as to the truth or falsity of the allegations contained in paragraph 15 of the plaintiff-in-counterclaim's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

16. The defendants-in-counterclaim are without knowledge as to the truth or falsity of the allegations contained in paragraph 16 of the plaintiff-in-counterclaim's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

17. The defendants-in-counterclaim are without knowledge as to the truth or falsity of the allegations contained in paragraph 17 of the plaintiff-in-counterclaim's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

18. The defendants-in-counterclaim deny the allegations contained in paragraph 18 of the plaintiff-in-counterclaim's complaint.

### COUNT I - VIOLATION OF THE LANHAM ACT, 15 U.S.C., § 1051, et seq.

19. The defendants-in-counterclaim restate, reassert and incorporate by reference their responses to allegations contained in paragraphs 1 through 18 of the plaintiff-in-counterclaim's complaint as if specifically set forth herein.

20. The defendants-in-counterclaim deny the allegations contained in paragraph 20 of the plaintiff-in-counterclaim's complaint.

21. The defendants-in-counterclaim deny the allegations contained in paragraph 21 of the plaintiff-in-counterclaim's complaint.

22. The defendants-in-counterclaim deny the allegations contained in paragraph 22 of the plaintiff-in-counterclaim's complaint.

23. The defendants-in-counterclaim deny the allegations contained in paragraph 23 of the plaintiff-in-counterclaim's complaint.

24. The defendants-in-counterclaim deny the allegations contained in paragraph 24 of the plaintiff-in-counterclaim's complaint.

25. The defendants-in-counterclaim deny the allegations contained in paragraph 25 of the plaintiff-in-counterclaim's complaint.

26. The defendants-in-counterclaim deny the allegations contained in paragraph 26 of the plaintiff-in-counterclaim's complaint.

27. The defendants-in-counterclaim deny the allegations contained in paragraph 27 of the plaintiff-in-counterclaim's complaint.

WHEREFORE, the plaintiffs/defendants-in-counterclaim demand that the defendant's counterclaims be dismissed, and that the plaintiffs be awarded injunctive relief, compensatory damages, attorneys' fees and costs, and any other relief which this Court deems just and proper.

### COUNT II - PRODUCT DISPARAGEMENT

28. The defendants-in-counterclaim restate, reassert and incorporate by reference their responses to allegations contained in paragraphs 1 through 27 of the plaintiff-in-counterclaim's complaint as if specifically set forth herein.

29. The defendants-in-counterclaim deny the allegations contained in paragraph 29 of the plaintiff-in-counterclaim's complaint.

30. The defendants-in-counterclaim deny the allegations contained in paragraph 30 of the plaintiff-in-counterclaim's complaint.

31. The defendants-in-counterclaim deny the allegations contained in paragraph 31 of the plaintiff-in-counterclaim's complaint.

WHEREFORE, the plaintiffs/defendants-in-counterclaim demand that the defendant's counterclaims be dismissed, and that the plaintiffs be awarded injunctive relief, compensatory damages, attorneys' fees and costs, and any other relief which this Court deems just and proper.

## COUNT III - UNFAIR COMPETITION/PALMING OFF

32. The defendants-in-counterclaim restate, reassert and incorporate by reference their responses to allegations contained in paragraphs 1 through 31 of the plaintiff-in-counterclaim's complaint as if specifically set forth herein.

33. The defendants-in-counterclaim deny the allegations contained in paragraph 33 of the plaintiff-in-counterclaim's complaint.

34. The defendants-in-counterclaim deny the allegations contained in paragraph 34 of the plaintiff-in-counterclaim's complaint.

35. The defendants-in-counterclaim deny the allegations contained in paragraph 35 of the plaintiff-in-counterclaim's complaint.

36. The defendants-in-counterclaim deny the allegations contained in paragraph 36 of the plaintiff-in-counterclaim's complaint.

37. The defendants-in-counterclaim deny the allegations contained in paragraph 37 of the plaintiff-in-counterclaim's complaint.

WHEREFORE, the plaintiffs/defendants-in-counterclaim demand that the defendant's counterclaims be dismissed, and that the plaintiffs be awarded injunctive relief, compensatory damages, attorneys' fees and costs, and any other relief which this Court deems just and proper.

## COUNT V - VIOLATION OF M.G.L. c. 93A

38. The defendants-in-counterclaim restate, reassert and incorporate by reference their responses to allegations contained in paragraphs 1 through 37 of the plaintiff-in-counterclaim's complaint as if specifically set forth herein.

39. The defendants-in-counterclaim deny the allegations contained in paragraph 39 of the plaintiff-in-counterclaim's complaint.

40. The defendants-in-counterclaim deny the allegations contained in paragraph 40 of the plaintiff-in-counterclaim's complaint.

41. The defendants-in-counterclaim deny the allegations contained in paragraph 41 of the plaintiff-in-counterclaim's complaint.

WHEREFORE, the plaintiffs/defendants-in-counterclaim demand that the defendant's counterclaims be dismissed, and that the plaintiffs be awarded injunctive relief, compensatory damages, attorneys' fees and costs, and any other relief which this Court deems just and proper.

### COUNT VI - LIBEL

42. The defendants-in-counterclaim restate, reassert and incorporate by reference their responses to allegations contained in paragraphs 1 through 41 of the plaintiff-in-counterclaim's complaint as if specifically set forth herein.

43. The defendants-in-counterclaim deny the allegations contained in paragraph 43 of the plaintiff-in-counterclaim's complaint.

44. The defendants-in-counterclaim deny the allegations contained in paragraph 44 of the plaintiff-in-counterclaim's complaint.

45. The defendants-in-counterclaim deny the allegations contained in paragraph 45 of the plaintiff-in-counterclaim's complaint.

46. The defendants-in-counterclaim deny the allegations contained in paragraph 46 of the plaintiff-in-counterclaim's complaint.

WHEREFORE, the plaintiffs/defendants-in-counterclaim demand that the defendant's counterclaims be dismissed, and that the plaintiffs be awarded injunctive relief, compensatory damages, attorneys' fees and costs, and any other relief which this Court deems just and proper.

### COUNT VII - MISREPRESENTATION

47. The defendants-in-counterclaim restate, reassert and incorporate by reference their responses to allegations contained in paragraphs 1 through 46 of the plaintiff-in-counterclaim's complaint as if specifically set forth herein.

48. The defendants-in-counterclaim deny the allegations contained in paragraph 48 of the plaintiff-in-counterclaim's complaint.

49. The defendants-in-counterclaim deny the allegations contained in paragraph 49 of the plaintiff-in-counterclaim's complaint.

50. The defendants-in-counterclaim deny the allegations contained in paragraph 50 of the plaintiff-in-counterclaim's complaint.

51. The defendants-in-counterclaim deny the allegations contained in paragraph 51 of the plaintiff-in-counterclaim's complaint.

52. The defendants-in-counterclaim deny the allegations contained in paragraph 52 of the plaintiff-in-counterclaim's complaint.

53. The defendants-in-counterclaim deny the allegations contained in paragraph 53 of the plaintiff-in-counterclaim's complaint.

WHEREFORE, the plaintiffs/defendants-in-counterclaim demand that the defendant's counterclaims be dismissed, and that the plaintiffs be awarded injunctive relief, compensatory damages, attorneys' fees and costs, and any other relief which this Court deems just and proper.

### JURY DEMAND

The plaintiffs/defendants-in-counterclaim demand a trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff-in-counterclaim's complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff-in-counterclaim cannot recover because his violation of the law directly and proximately caused any injuries or damages that he sustained.

### THIRD AFFIRMATIVE DEFENSE

The plaintiff-in-counterclaim is not entitled to recovery from the defendants-in-counterclaim due to accord and satisfaction.

### FOURTH AFFIRMATIVE DEFENSE

The plaintiff-in-counterclaim is estopped to recover from these defendants-in-counterclaim due to the plaintiff-in-counterclaim's unclean hands and unconscionable conduct.

### FIFTH AFFIRMATIVE DEFENSE

The plaintiff-in-counterclaim is not entitled to recovery from the defendants-in-counterclaim due to the plaintiff-in-counterclaim's total failure of consideration.

### SIXTH AFFIRMATIVE DEFENSE

The plaintiff-in-counterclaim is not entitled to recovery from the defendants-in-counterclaim due to the plaintiff-in-counterclaim's fraud.

### SEVENTH AFFIRMATIVE DEFENSE

The plaintiff-in-counterclaim is not entitled to recover from these defendants-in-counterclaim as the defendants-in-counterclaim had license to engage in the conduct of which the plaintiff-in-counterclaim complains.

## EIGHTH AFFIRMATIVE DEFENSE

The plaintiff-in-counterclaim is not entitled to recovery from these defendants-in-counterclaim as the plaintiff-in-counterclaim has waived any and all rights he had with respect to these defendants-in-counterclaim.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

*/s/ Michael B. Newman*

Michael B. Newman (632222)
William J. Hunt (244720)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON 9/17/04

*/s/ Michael B. Newman*