UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WALTER STICKLE, et al., | * | |
| | * | |
| Plaintiffs/ | * | |
| Defendants-in- | * | |
| Counterclaim, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-11539-JLT |
| | * | |
| | * | |
| ARTHUR ORFANOS, | * | |
| | * | |
| Defendant/ | * | |
| Plaintiff-in- | * | |
| Counterclaim. | * | |

ORDER

November 2, 2004

TAURO, J.

This court hereby orders that:

1. <u>Plaintiffs' Motion for Preliminary Injunction</u> [#2] is ALLOWED to the extent that Defendant shall be enjoined from the following conduct:

   a. Using, advertising, or publishing for any purpose, the name "Pink Voyd," or any similar combination;

   b. Operating a Web site at the domain names "www.pinkvoyd.us," "www.pinkvoyd.net," or any similar combination;

   c. Registering, or attempting to register, any domain name which includes the words "Pink" and "Voyd" in any combination or with any other words, symbols, or numbers;

    d.    Registering, or attempting to register, any domain name which appears similar to, or contains similarities to, "www.pinkvoyd.com"; and

    e.    Representing himself to anyone as a member of Pink Voyd, or representing to anyone that he is associated with Pink Voyd in any way.

IT IS SO ORDERED.

          /s/ Joseph L. Tauro
        United States District Judge