UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04 11539 JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO, and DANIEL FISHER,<br>    Plaintiffs<br><br>v.<br><br>ARTHUR ORFANOS,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S OBJECTION TO AND OPPOSITION TO PLAINTIFF'S MOTION SEEKING ORDER OF CONTEMPT

NOW comes Defendant, Plaintiff in Counterclaims (Defendant), in accordance with all applicable rules, regulations and procedures, including but not limited to Fed.R.Civ.P. 7, to respectfully object to and oppose Plaintiff's Motion Seeking Order of Contempt (Motion) as follows:

1. Said Motion is defective, without legal support and otherwise absent of any supporting law or authority, and therefore must be denied. See, e.g., Fed.R.Civ.P. 7.

2. Additionally, Plaintiffs are unable to fulfill their instant burden of establishing by clear and convincing evidence: 1) that a court order was in effect, 2) that the order required certain conduct by the respondent, and 3) that the respondent failed to comply with the court's order." Martin v. Trinity Indus., Inc., 959 F.2d 45, 47 (5th Cir. 1992.)

1

3. Defendant is not in violation of this Honorable Court's November 2, 2004 Order (Order), has not actually failed to comply with said Order, and is not contemptuous thereof. See N.L.R.B. v. Trailways, Inc., 729 F.2d 1013, 1017 (5th Cir. 1984). *See also Affidavit of Defendant attached hereto and incorporated herein.* Defendant timely acted to comply with the Order, incurring great strain, cost and duress to comply with said Order by, for example, removing relevant web materials. Id.

4. Defendant has acted in good faith at all relevant times, and neither deliberately nor unjustifiably disobeyed the Order. See Star Fin. Servs., Inc. v. AASTAR Mortgage Corp., 89 F.3d 5, 13 (1st Cir. 1996). In fact, the Affidavit in support of Plaintiffs' Motion identifies an alleged publishing of "source codes" that are already part of the public domain as an Exhibit of Defendant filed in the instant matter; additionally, said source codes are not viewable to the general public, are not violative of the instant Order, and are now nonexistent. Id.; *See also Affidavit of Defendant attached hereto and incorporated herein.*

5. Said Order may be unclear and ambiguous because it is difficult for Defendant to be "able to ascertain from the four corners of the order precisely what acts are forbidden." Gilday v. Dubois, 124 F.3d 277, 282 (1st Cir. 1997) (*citation omitted*). See, e.g., United States v. Anderson, 921 F.2d 335, 337-38 (1st Cir. 1990).

6. Additionally, said Order may be impossible to fully comply with. Morales-Feliciano v. Parole Bd. of P.R., 887 F.2d 1, 5 (1st Cir. 1989), *cert. denied,* 494 U.S. 1046 (1990). In the instant matter, for example, Plaintiffs accuse Defendant

2

Case 1:04-cv-11539-JLT   Document 20   Filed 12/21/2004   Page 3 of 7

of controlling and operating web materials in violation of said Order but in reality Defendant has no dominion, control or other authority over same. *See Plaintiffs' Affidavit, point # 7; See also Affidavit of Defendant attached hereto and incorporated herein.*

7. Judicial sanctions are not appropriate in the instant matter because Defendant has complied with said Order, and because Plaintiffs have not incurred any sustained losses for which compensation is due. *See* United States v. United Mine Workers of America, 330 U.S. 258, 303-04 (1947); *see also* Norman Bridge Drug Co. v. Banner, 529 F.2d 822, 827 (5th Cir. 1976).

8. Defendant's request for attorneys' fees and costs is inappropriate and unreasonable, particularly in light of the questionable evidence and unreasonable relationship to the actual losses allegedly incurred by the Defendants. United Mine Workers, 330 U.S. at 304. For example, ***Defendant*** has prior to and during the instant litigation attempted verbally and in writing to negotiate, arbitrate or mediate the instant dispute and even requested same through this Honorable Court, ***not the Plaintiffs***. Moreover, nowhere in Plaintiffs' Motion is there any mention of or proof of their purported "losses." Finally, Plaintiffs' "attorneys fees and costs incurred in this matter has [not] been reasonable and necessary," *See Motion*. Plaintiffs ignored Defendant's verbal and written requests to resolve this matter prior to suit, then ignored the written request of Defendant's counsel to do same, and then filed suit; surely this Honorable Court cannot accept such actions as "reasonable and necessary." Id.; *See also Affidavit of Defendant attached*

*hereto and incorporated herein.* The aforementioned and other, however, do support Defendant's instant claim for reasonable attorney's fees and expenses to oppose Plaintiffs' instant Motion.

9. Plaintiffs continue to abuse process to harass, intimidate, damage, injure, and otherwise harm Defendant by, for example, threatening his family, filing the instant action around this holiday season, and other. *See also Affidavit of Defendant attached hereto and incorporated herein.* This Court should not and cannot be used for such improper, inappropriate, illegal, and abusive conduct.

WHEREFORE Defendant respectfully requests this Honorable Court denies Plaintiffs' Motion, awards reasonable attorney's fees and costs to Defendant's Attorney, and orders any other relief deemed mete and just.

Respectfully submitted,

                     Defendant
                  By his Attorney
      The Law Offices of Mark E. Pelosky, P.C.

                  Mark E. Pelosky, Esq.
      The Law Offices of Mark E. Pelosky, P.C.
           375 Broadway Suite 207
              Chelsea, MA 02150
               617 884 8100

December 21, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11539 JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO, and DANIEL FISHER,<br>**Plaintiffs**<br><br>v.<br><br>ARTHUR ORFANOS,<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S REQUEST FOR HEARING FOR ORAL ARGUMENT

NOW comes Defendant in the instant matter to respectfully request a Hearing for Oral Argument to defendant against Plaintiff's Motion Seeking Order of Contempt.

WHEREFORE, Defendant respectfully requests this Honorable Court schedule a Hearing for Oral Argument on the Plaintiff's Motion.

Respectfully submitted,

Defendant
By his Attorney
The Law Offices of Mark E. Pelosky, P.C.

Mark E. Pelosky, Esq.
The Law Offices of Mark E. Pelosky, P.C.
375 Broadway Suite 207
Chelsea, MA 02150
617 884 8100

December 21, 2004

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11539 JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO, and DANIEL FISHER,<br>Plaintiffs<br><br>v.<br><br>ARTHUR ORFANOS,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDVIT / CERTIFICATE OF SERVICE

I, Mark E. Pelosky, Esq., of The Law Offices of Mark E. Pelosky, P.C., attorney for Defendant hereby depose under oath I have this day caused the following:

DEFENDANT'S OBJECTION TO AND OPPOSITION TO PLAINTIFF'S MOTION SEEKING ORDER OF CONTEMPT

DEFENDANT'S REQUEST FOR HEARING FOR ORAL ARGUMENT

AFFIDVAIT / CERTIFICATE OF SERVICE

To be served upon Plaintiff's Counsel Michael B Newman, Clark Hunt and Embry, 55 Cambridge Parkway, Cambridge, MA 02142 by first class mail, postage prepaid.

Subscribed and sworn to under the pains and penalties of perjury on this 21 day of December 2004.

_____
Mark E. Pelosky, Esq.
The Law Offices of Mark E. Pelosky, P.C.

1

```
                TRANSMISSION VERIFICATION REPORT

                                        TIME  : 12/21/2004 23:44
                                        NAME  : ATTY PELOSKY
                                        FAX   : 6178841654
                                        SER.# : BROE4Q834136


  DATE,TIME              12/21  23:40
  FAX NO./NAME           6177489096
  DURATION               00:04:10
  PAGE(S)                18
  RESULT                 OK
  MODE                   STANDARD
                         ECM
```

# THE LAW OFFICES OF MARK E. PELOSKY, P.C.

375 Broadway, Suite 207, Chelsea, Massachusetts 02150

www.theimmigrantsattorney.com            mpelosky@lycos.com

Fax (617) 884 1654

Tel. (617) 884 8100    (877) 884 5529    (617) 291 6645

12/21/4

## FAX COVER

TO              The Honorable Judge Tauro – Clerk/Session

FAX NUMBER      617 748 9096

TELEPHONE NUMBER  617 748 9133

NUMBER OF PAGES   17 + cover

REGARDING       Strickle et al. v Orfanos

                Docket No. 04 11539 JLT

FROM            The Law Offices of Mark E. Pelosky, P.C.

TELEPHONE NUMBER  617 884 8100