# NATURALLY WIRED DESIGNS
# 320-230-2516

Chad Dyer
Naturally Wired Designs
344 23rd ave. N.
St. Cloud, MN 56303
320-230-2516

To Whom It May Concern:

This note is for public and private record to notify all persons involved with Arthur Orfanos.

Arthur's domain and online representation www.pinkvoyd.net was removed and changed to www.themood.us on November 11, 2004.

I am the owner of the server space and administrator of all domain changes and administration for my clients. Mr. Orfanos is a client.

If I can be of any additional service, please do not hesitate to contact me.

Sincerely

Chad dyer
Naturally wired

designs



EXHIBIT A