Subj: **Fw: Please Cease**
Date: 11/15/04 1:29:57 PM Eastern Standard Time
From:
To:
*Sent from the Internet*

----- Original Message -----
**From:**
**To:**
**Sent:** Monday, November 15, 2004 12:21 PM
**Subject:** Please Cease

Attn: COLORFAST
Hi, John from Pink Voyd here, I sent this earlier,
dont know if you recieved it. Attached is the FEDERAL
COURT ORDER (Civil Action No. 04-11539-JLT) issued to
Mr. Arthur Orfanos (The Mood) on November 2, 2004, by
United States District Judge Joseph L. Tauro. Mr.
Orfanos has had a lengthy history of harassing us
which culminated this past May with attempted
extortion/blackmail. We contacted legal council and
took proper legal measures to ensure this pattern of
harassment stops. Mr. Orfanos is now in contempt of
this court order. We noticed a post on your website
aimed at a member of our band. We feel that you are
unaware of how Mr. Orfanos is using your website to
further harass us. We have no qualm against you or
your website and DO believe that you are not aware of
what Mr. Orfanos is really up to. Please confirm
message recieved and feel free to ask any questions.

or contact our attorney.

Michael B. Newman, Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
Tel: (617)494-1920
Fax: (617)494-1921
Email:

Thanks
John Pitingolo
PINK VOYD
www.pinkvoyd.com


UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WALTER STICKLE, JOHN PITINGOLO, TONY CALIENDO, DANIEL
FISHER (PINK VOYD)

Plaintiffs/ *
Defendants-in- *

Saturday, December 18, 2004    America Online: TheMood2

EXHIBIT
B

Counterclaim, *
*
*
v. * Civil Action No. 04-11539-JLT
*
*
ARTHUR ORFANOS, *
*
Defendant/ *
Plaintiff-in- *
Counterclaim.

ORDER

November 2, 2004

TAURO, J.

This court hereby orders that:

1. Plaintiffs' Motion for Preliminary Injunction [#2]
is ALLOWED to the extent that
Defendant shall be enjoined from the following
conduct:
a. Using, advertising, or publishing for any purpose,
the name "Pink Voyd,"
or any similar combination;
b. Operating a Web site at the domain names
"...,"
"...," or any similar combination;
c. Registering, or attempting to register, any domain
name which includes the
words "Pink" and "Voyd" in any combination or with any
other words,
symbols, or numbers;
d. Registering, or attempting to register, any domain
name which appears
similar to, or contains similarities to,
"www.pinkvoyd.com"; and
e. Representing himself to anyone as a member of Pink
Voyd, or representing
to anyone that he is associated with Pink Voyd in any
way.

IT IS SO ORDERED.
/s/ Joseph L. Tauro
United States District Judge

---

Do you Yahoo!?
Check out the new Yahoo! Front Page.