

- The official Pink Floyd site is HERE
- The Bleeding Heart Artist Site is HERE
- Diamond Syd's House of Pink is HERE
- Lots of Pink Floyd Cover Art lives HERE
- A very cool band called THE MOOD is **HERE**
- The Mood Disorder Site to ease your troubled mind is **HERE**
- "The Dark Side of The Mood" for someone who's depressed is **HERE**

MailingList



EXHIBIT C