## THE LAW OFFICES OF MARK E. PELOSKY, P.C.
375 Broadway Suite 207 Chelsea, Massachusetts 02150
www.theimmigrantsattorney.com    mpelosky@lycos.com
Fax: 617 884 1654
Tel: 617 884 8100      877 884 5529           617 291 6645

March 2, 2005

Zita Lovett, Clerk
The Honorable Joseph L. Tauro
US District Court for the District of Mass
John J Moakley US Courthouse
1 Courthouse Way   Suite 7110
Boston, MA 02210

Re:   **Stickle et al. v Orfanos**
      Docket No. 04 11539 JLT

Dear Clerk Lovett:

Please be again respectfully advised The Law Offices of Mark E. Pelosky, P.C. represent Defendant / Plaintiff in Counterclaims in the instant matter.

Please note my email address is mpelosky@lycos.com. Please now update your records to reflect this point of contact for me, and please when necessary notify me of matters related to this case via email as well as regular first class mail. Of particular importance is, of course, timely email notice regarding upcoming oral arguments / hearings in this matter.

If this notice to you of my email address is not adequate or if said notice must be provided to you in a different format, please let me know immediately and I shall do whatever else you require to ensure I receive timely notice of all relevant matters in this lawsuit.

Kindly process, administer, process and record this information accordingly. Please also notify me of all related matters as soon as possible. Time is of the essence. Your prompt attention to this is greatly appreciated.

Please contact me if you are in need of further information. Thank you.

Regards,

Mark E. Pelosky, Esq.

cc:   Mr. Orfanos

Sent via facsimile and first class mail