UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WALTER STICKLE, et al., | * | |
| | * | |
| Plaintiffs/ | * | |
| Defendants-in- | * | |
| Counterclaim, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-11539-JLT |
| | * | |
| | * | |
| ARTHUR ORFANOS, | * | |
| | * | |
| Defendant/ | * | |
| Plaintiff-in- | * | |
| Counterclaim. | * | |

ORDER

March 15, 2005

TAURO, J.

This court hereby orders that:

1. Plaintiffs' Motion Seeking Order of Contempt [#19] is ALLOWED to the extent that Defendant shall remove his demand letter from his website, www.themood.us, as Defendant has indicated the letter was not intentionally placed on the website (Orfanos Aff. ¶¶ 13-14); and

2. Plaintiffs' Motion Seeking Order of Contempt [#19] is otherwise DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge