UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 11539 JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO, and DANIEL FISHER,<br>Plaintiffs<br><br>v.<br><br>ARTHUR ORFANOS,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY

I, Mark E. Pelosky, hereby depose under oath the following is true and accurate

1. I am an Attorney licensed to practice in this Court and represent the Defendant in this matter (Attorney).

2. Attorney seeks to withdraw as Defendant's attorney (Defendant in original suit, Plaintiff in Counterclaims), and has good cause for same;

3. Defendant has agreed to Attorney's withdrawal as Defendant's attorney on a number of different occasions over the last 3 – 5 months, at least;

4. The lawyer-client relationship has broken down.

5. Defendant has failed, neglected and refused to cooperate with Attorney and this is, amongst other things, causing an inability to vehemently defend and prosecute Counterclaims in the instant matter;

1

6. Attorney is permitted to withdraw as Defendant's attorney pursuant to relevant laws, procedures, rules, regulations, agreements with Defendant, and / or other;

7. Attorney's withdrawal will not be prejudicial against the Defendant or other parties;

8. There is no trial date set in this matter, there are no pending motions and no active discovery;

9. Attorney has properly served notice of this matter on all necessary parties and has in good faith tried but been unable to resolve this matter with the Defendant;

10. Defendant has been warned of and now knows of Attorney's intent to withdraw, allowing time for employment of other counsel by now or in the near future if he so desires.

11. Attorney has delivered to the Defendant papers to which he is entitled.

12. Attorney has provided zealous, effective representation to Defendant;

13. Attorney's continued representation will result in an unreasonable financial burden on the lawyer and has been rendered unreasonable by the client; and

14. Other good cause for withdrawal exists.

Subscribed and sworn to under the pains and penalties of perjury on this 14th day of December, 2005.

The Law Offices of Mark E. Pelosky, P.C.

Mark E. Pelosky, Esq.