United States Dist Ct
Dist of Mass.

Walter Stickle, et. al.    C.A No 04-11539-JLT
v.
Arthur Orfanos

Plaintiff's Motion to Convert
Preliminary Injunction into Permanent
Injunction

Now come the plaintiffs in this matter and hereby move this Honorable Court to convert the preliminary injunction previously entered by the Court in this matter into a permanent injunction.

Respectfully submitted,

The plaintiffs,

Michael B. Newman (632222)
Clark, Hunt & Embry
55 Cambridge Park way
Cambridge, MA 02142
(617) 494-1920