UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WALTER STICKLE, et al., | * | |
| | * | |
| Plaintiffs/ | * | |
| Defendants-in- | * | |
| Counterclaim, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-11539-JLT |
| | * | |
| | * | |
| ARTHUR ORFANOS, | * | |
| | * | |
| Defendant/ | * | |
| Plaintiff-in- | * | |
| Counterclaim. | * | |

ORDER

February 9, 2006

TAURO, J.

After a conference held on February 9, 2006, this court hereby orders that:

1. <u>Plaintiffs' Motion to Convert Preliminary Injunction into Permanent Injunction</u> [#25] is ALLOWED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge