UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04 11539 JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER, Plaintiffs/Defendants-in-Counterclaim<br><br>v.<br><br>ARTHUR ORFANOS, Defendant/Plaintiff-in-Counterclaim | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS OF THE DEFENDANT**

Now come the plaintiffs in the above-captioned matter and, based upon the default that has been entered against the defendant in this matter on or about February 16, 2006, respectfully move this Honorable Court to dismiss any and all of the defendant's counterclaims in this matter.

WHEREFORE, the plaintiffs respectfully request that all counterclaims of the defendant, Arthur Orfanos, in this matter be dismissed with prejudice and without costs.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

Michael B. Newman
B.B.O. No. 632222
55 Cambridge Parkway
Cambridge, MA  02142
(617) 494-1920

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON 2/24/06

Michael B. Newman