UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539 JLT

WALTER STICKLE, ET Al  )
    PLAINTIFFS         )
                       )
V.                     )
                       )
ARTHUR ORFANOS,        )
    DEFENDANT          )
                       )

### DEFENDANTS MOTION TO REMOVE DEFAULT JUDGMENT

NOW COMES the Defendant, Arthur Orfanos in the above-captioned matter and Respectfully request this Honorable Court remove the default judgment that was entered in the above-captioned matter on or about February 9, 2006, for the following reason:

1. The defendant's attorney withdrew on or about December 27, 2005.

2. The defendant Orfanos was not and had not been notified and had no knowledge of any court dates, hearings or requests to appear before the Honorable court pertaining to the above-captioned matter.

WHEREFORE the Defendant respectfully requests that this Honorable Court remove Said default judgment and this matter be re-opened.

Dated February 27, 2006

respectfully submitted,
Arthur Orfanos

_____
Arthur Orfanos
54 Egerton Rd
Arlington MA, 02474
781 646 4623

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539 JLT

WALTER STICKLE, ET Al  )
    PLAINTIFFS  )
          )
V.  )
          )
ARTHUR ORFANOS,  )
    DEFENDANT  )
          )

### CERTIFICATE OF SERVICE

The undersigned herby certifies that a true copy of the within Defendant's Motion to Remove Default Judgment was this day served upon Plaintiffs by mailing same first class Postage prepaid to: Michael B Newman, Attorney of Plaintiff of, Clark Hunt and Embry, 55 Cambridge Parkway, Cambridge MA 02141.

SIGNED under the pains and penalties of perjury.

Date February 27, 2006

_____
Arthur Orfanos