## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**CASE NO. 04 11539 JLT**

|  |  |
|---|---|
| **WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER,** **Plaintiffs/Defendants-in-Counterclaim** | ) ) ) ) ) ) |
| **v.** | ) ) |
| **ARTHUR ORFANOS,** **Defendant/Plaintiff-in-Counterclaim** | ) ) ) |

## ORDER

This Court hereby orders that:

1.    The plaintiffs' motion to convert the preliminary injunction previously entered in this matter to a permanent injunction having been allowed, the defendant shall be permanently enjoined from the following conduct:

    a.    using, advertising, or publishing for any purpose, the name "Pink Voyd" or any similar combination;

    b.    operating a Website at the domain names "www.pinkvoyd.us," "www.pinkvoyd.net," or any similar combination;

    c.    registering, or attempting to register, any domain name which includes the words "Pink" and "Voyd" in any combination or with any other words, symbols, or numbers;

    d.    registering, or attempting to register, any domain name which appears similar to, or contains similarities to, "www.pinkvoyd.com;"

    e.    representing himself to anyone as a member of Pink Voyd, or representing to anyone that he is associated with Pink Voyd in any way.

IT IS SO ORDERED.

Tauro, J.
United States District Judge

3/1/06