UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

CASE NO. 04-11539 JLT

2006 MAR -2 P 1: 15

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| **WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER,** Plaintiffs/Defendants –in-Counterclaim | ) ) ) ) ) ) |
| v. | ) ) |
| **ARTHUR ORFANOS,** Defendant/Plaintiff-in-Counterclaim | ) ) ) |

### DEFENDANTS' MOTION TO DISMISS CLAIMS OF THE PLAINTIFFS

NOW COMES the Defendant/Plaintiff-in-Counterclaim in the above-captioned matter and Respectfully move this Honorable Court to dismiss any and all of the Plaintiffs claims in this matter.

WHEREFORE, the Defendant respectfully request that all claims of the Plaintiffs, Anthony Caliendo, Walter Stickle, John Pitingolo and Daniel Fisher, in this matter are dismissed with prejudice and without costs.

Dated February 28, 2006

respectfully submitted,
Arthur Orfanos

*[signature]*

Arthur Orfanos
54 Egerton Rd
Arlington MA, 02474
781 646 4623

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539JLT

FILED
IN CLERK'S OFFICE
2006 MAR -2 P 1: 15
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER, Plaintiffs/Defendants –in– Counterclaim | ) ) ) ) ) ) ) |
| v. | ) ) |
| ARTHUR ORFANOS, Defendant/Plaintiff-in Counterclaim | ) ) ) |

### CERTIFICATE OF SERVICE

The undersigned herby certifies that a true copy of the within Defendant's Motion to Remove Default Judgment was this day served upon Plaintiffs by mailing same first class Postage prepaid to: Michael B Newman, Attorney of Plaintiff of, Clark Hunt and Embry, 55 Cambridge Parkway, Cambridge MA 02141.

SIGNED under the pains and penalties of perjury.

Date February 28, 2006

_____
Arthur Orfanos