Arthur Orfanos
54 Egerton Rd
Arlington, Ma 02474
781 646 4623

Michael B Newman
Clark Hunt & Embry
55 Cambridge Parkway
Cambridge, Ma 02142

FILED
IN CLERKS OFFICE

2006 MAR -7  A 11: 28

U.S. DISTRICT COURT
DISTRICT OF MASS

March 2, 2006

Dear Attorney Newman,

as per our telephone conversation today;

Since December 27, 2005 I did not have legal representation. I was not aware of this nor was I informed by anyone that there was a date to appear before the honorable court.

I filed a motion with the honorable court on February 27, 2006 to withdraw the default judgment based on these reasons. Also, I filed a motion to dismiss the Plaintiffs' claims.

I wish to express once again my willingness to resolve this matter in a most timely and effective manner without the involvement of the court system.

Please respond to me with regards to this resolution within seven business days as I am quite eager and readily available to resolve this matter in a most prompt and friendly manner.

Please call me if you have any further questions.

Sincerely,

Arthur Orfanos

cc:   Civil Clerk's Office
      US District Court
      1 Courthouse Way
      Boston, MA 02210