UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539 JLT

FILED
IN CLERKS OFFICE
2006 MAR 10 P 12: 53
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER,<br>Plaintiffs<br><br>v.<br><br>ARTHUR ORFANOS,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S REQUEST FOR HEARING FOR ORAL ARGUMENT

NOW comes the Defendant in the instant matter to respectfully request a Hearing for Oral Argument to defendant against Default Judgment.

1. The defendant was not informed that his attorney's motion to withdraw was granted by the honorable court.

2. The defendant had no knowledge and therefore not given necessary opportunity to apply or address to the honorable court as Pro se Rule 83.5.2(b)

3. The defendant respectfully requests to address the honorable on this matter.

WHEREFORE, Defendant respectfully requests this Honorable Court schedule a Hearing for Oral Argument on the Default Judgment.

Dated March 9, 2006

Respectfully submitted,
Arthur Orfanos

Arthur Orfanos
54 Egerton Rd
Arlington MA, 02474
781 646 4623

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539 JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER,<br>**Plaintiffs**<br><br>v.<br><br>ARTHUR ORFANOS,<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true copy of the within Defendant's Motion to request for hearing for Oral Argument was this day served upon Plaintiffs by mailing same first class Postage prepaid to: Michael B Newman, Attorney of Plaintiff of, Clark Hunt and Embry, 55 Cambridge Parkway, Cambridge MA 02141.

SIGNED under the pains and penalties of perjury.

Dated March 9, 2006

_____
Arthur Orfanos