UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539 JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER,<br>Plaintiffs<br><br>v.<br><br>ARTHUR ORFANOS,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS SUPPLEMENT TO MOTION
### TO REMOVE DEFAULT JUDGMENT

NOW COMES the Defendant, Arthur Orfanos in the above-captioned matter and Respectfully request this Honorable Court remove the default judgment that was entered in the above-captioned matter on or about February 9, 2006, for the following reason:

1. The defendant's attorney filed a motion to withdraw on or about December 27, 2005. This motion was granted and entered on or about January 25, 2006 The defendant, Orfanos, was not notified and had no knowledge that the court issued hearings or requests to appear before the Honorable court pertaining to the above-captioned matter on or about February 9, 2006.

2. Mass.R.Civ.P. 60(a): Clerical Mistakes. Clerical mistakes in judgments, Orders or other parts of the record and errors therein arising from oversight or omission may be corrected by the court at any time of its own initiative or on the motion of any

party and after such notice, if any, as the court orders. During the pendency of an appeal, such mistakes may be so corrected before the appeal is docketed in the appellate court, and thereafter while the appeal is pending may be so corrected with leave of the appellate court.

    3. The default was not willful the defendant acts in good faith and has filed affidavits from his former attorney and the defendant with regard to this matter.

    4. The Defendant wishes to address the honorable court that he has no formal training or experience with the practice of law, and wishes to request leniency from the honorable court with regards to this matter.

WHEREFORE the Defendant respectfully requests that this Honorable Court remove Said default judgment and this matter are re-opened.

Dated March 16, 2006            respectfully submitted,
                                                 Arthur Orfanos

                                                 Arthur Orfanos
                                                 54 Egerton Rd
                                                 Arlington MA, 02474
                                                 781 646 4623

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539 JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER, Plaintiffs | ) ) ) ) ) |
| V. | ) ) |
| ARTHUR ORFANOS, Defendant | ) ) ) |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true copy of the within Defendant's Motion to Remove Default Judgment was this day served upon Plaintiffs by mailing same first class Postage prepaid to: Michael B Newman, Attorney of Plaintiff of, Clark Hunt and Embry, 55 Cambridge Parkway, Cambridge MA 02141.

SIGNED under the pains and penalties of perjury

Date March 16, 2006

_____
Arthur Orfanos