UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539 JLT

FILED
IN CLERKS OFFICE

2006 MAR 17  A 11: 38

U.S. DISTRICT COURT
DISTRICT OF MASS

WALTER STICKLE, ANTHONY )
CALIENDO, JOHN PITINGOLO and )
DANIEL FISHER, )
Plaintiffs )
 )
v. )
 )
ARTHUR ORFANOS, )
Defendant )
 )

## AFFIDAVIT OF ARTHUR ORFANOS

I, Arthur Orfanos, hereby depose and state under oath,

1. I am the defendant in the above action and familiar with the facts that I am about to relate.

2. I reside at 54 Egerton Rd, Arlington Massachusetts.

3. Attorney Pelosky filed a motion with the honorable court on or about December 16, 2005 To withdraw as my attorney.

4. On or about February 17, 2006 I received a letter from Attorney Pelosky which stated that he was no longer my legal counsel

5. On February 17, 2006, I immediately called to notify the honorable court that I received Attorney Pelosky's letter that I was without legal counsel and that I had to represent myself.

1

6. The Clerks' office informed me at that time that they had my contact information and I Would be in receipt of all necessary documents and notification thereafter.

7. The court documents show that attorney Pelosky's Motion was granted on or about December 27, 2005 and entered on or about January 25, 2006.

8. I did not receive notice from the honorable court that Attorney Pelosky's motion was Granted, I had no knowledge of this.

9. On or about February 24, 2006 I received notification from the honorable court that a Default judgment was entered against me.

10. I was never informed by that there was a hearing scheduled on February, 9 2006 I would never disrespect the court by any means, if I received the proper notice, I would have appeared without question.

11. The court has my contact information, it is exactly the same as listed on the original Action filed against me on or about July 9 2004, as well as other documentation regarding This matter.

12. It confuses and concerns me that the honorable court notified me of the default judgment and other but did not notify me of the hearing on February 9, 2006

Signed under the pains and penalties of perjury on this 15th day of March, 2006

*Arthur Orfanos* [signature]