UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CASE NO. 04 11539 JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER,<br>　　Plaintiffs<br><br>v.<br><br>ARTHUR ORFANOS,<br>　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

In the above-captioned matter before the Court, Tauro, J. presiding, and the issues having been duly heard and findings having been duly rendered,

It is hereby ORDERED AND ADJUDGED:

1. That judgment enter on behalf of the plaintiffs in this action against the defendant, Arthur Orfanos, on all counts set forth in the plaintiffs' Complaint;

2. That pursuant to this Court's previous order, the defendant shall remain permanently enjoined from the following conduct:

    a. using, advertising, or publishing for any purpose, the name "Pink Voyd" or any similar combination;

    b. operating a Website at the domain names "www.pinkvoyd.us," "www.pinkvoyd.net," or any similar combination;

    c. registering, or attempting to register, any domain name which includes the words "Pink" and "Voyd" in any combination or with any other words, symbols, or numbers;

    d. registering, or attempting to register, any domain name which appears similar to, or contains similarities to, "www.pinkvoyd.com;"

2

    e.    representing himself to anyone as a member of Pink Voyd, or representing to anyone that he is associated with Pink Voyd in any way;

3.    That the plaintiffs be awarded their costs of action. The plaintiffs may also be awarded reasonable attorney's fees and costs upon the plaintiffs' application for the same to this Court.

_____
United States District Court Judge
Tauro, J.

Dated: