UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539-JLT

WALTER STICKLE, ANTHONY )
CALIENDO, JOHN PITINGOLO and )
DANIEL FISHER, )
Plaintiffs )
)
)
)
v. )
)
ARTHUR ORFANOS, )
Defendant )
)

### DEFENDANT'S MOTION TO VACATE JUDGMENT

NOW COMES the Defendant in the above-captioned matter and respectfully Moves this Honorable Court to vacate the Judgment that was entered against him on or about June 6, 2006;

The Defendant was not properly represented in this matter since, on or about January 2006. A hearing was held by the Honorable court on or about February 9, 2006 in which the Defendant did not receive notice to appear nor was he granted the opportunity to appear before the Honorable Judge.

Plaintiffs' counsel made verbal statement to the clerk of the honorable court that he had notified the [Defendant] Mr. Orfanos of the Feb 9th hearing. This is not accurate or true. On or about February 9, 2006 the Plaintiffs filed motion to convert Preliminary

Injunction into permanent injunction to the court and did not forward copy of same to the [Defendant] Mr. Orfanos.

On or about May 30, 2006, the Plaintiffs submitted documentation to the honorable court with regard to this matter and did not forward copy to the Defendant.

The Defendant has been prejudiced and harmed in this matter. The Plaintiffs have not suffered damages of any kind in this matter and will not be harmed if all judgment against the Defendant are vacated.

The Defendant respectfully reminds the honorable court that he has no formal training or experience with the practice of law, and requests leniency and the mercy of this honorable court.

WHEREFORE, the Defendant respectfully requests that all judgments entered against him be vacated.

Dated June 15, 2006

Respectfully submitted,
Arthur Orfanos

_____
Arthur Orfanos
54 Egerton Rd
Arlington MA, 02474
781 646 4623

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539-JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER, **Plaintiffs** | ) ) ) ) ) ) ) |
| v. | ) ) |
| ARTHUR ORFANOS, **Defendant** | ) ) ) ) |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true copy of the within Defendant's Motion to vacate Judgment was this day served upon Plaintiffs by mailing same first class Postage prepaid to: Michael B. Newman, Attorney of Plaintiff, of Clark, Hunt and Embry, 55 Cambridge Parkway, Cambridge MA, 02141.

SIGNED under the pains and penalties of perjury

Dated June 15, 2006

Arthur Orfanos