UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04 11539 JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER,<br>    Plaintiffs<br><br>v.<br><br>ARTHUR ORFANOS,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO VACATE JUDGMENT**

Now come the plaintiffs in the above-captioned matter and hereby oppose the Motion to Vacate Judgment filed by the defendant in this case on or about June 16, 2006. As grounds for their opposition, the plaintiffs state that the factual basis of the defendant's motion, although disputed by the plaintiffs, is irrelevant and not properly advanced based on previous rulings of this Court. On or about March 13, 2006, this Court denied the Defendant's Motion to Set Aside Default, and denied as moot the Defendant's Motion to Dismiss. On or about June 6, 2006, this Court also denied the Defendant's Motion for Reconsideration and Motion for Hearing. As a result, the defendant's current motion to vacate is without any proper basis and can only be calculated to further harrass and delay these proceedings.

2

WHEREFORE, for all the foregoing reasons, the plaintiffs respectfully request that the Defendant's Motion to Vacate Judgment be denied.

Respectfully submitted,
**CLARK, HUNT & EMBRY**

*/s/ Michael B. Newman*
_____
Michael B. Newman (632222)
55 Cambridge Parkway
Cambridge, MA  02142
(617) 494-1920

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within document was served upon the defendant, Arthur Orfanos, by mail this 26th day of June, 2006.

*/s/ Michael B. Newman*
_____
Michael B. Newman