# EXHIBIT A

# Clark, Hunt & Embry

55 Cambridge Parkway
Cambridge, MA  02142
617-494-1920
www.chelaw.com

Walter Stickle
15 Sunset Avenue
North Reading MA 01864

February 06, 2006

**CH&E No.** 50477.01

**Invoice No.**     41270

In Reference To:     **Trademark Issues**

## Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/18/2004 | WJH | Conference with client. | 0.70 | 175.00 |
| 5/26/2004 | MJH | Continue Legal Research re: State law trademark rights and remedies (approved) | 2.60 | 390.00 |
| 5/27/2004 | MJH | Continue Legal Research re: state law trademark rights and remedies (approved) | 1.30 | 195.00 |
|  | MJH | Begin preparation of memorandum in support of injunctive relief. | 3.60 | 540.00 |
| 5/28/2004 | MJH | Continue preparation of memorandum in support of motion for preliminary injunction. | 2.10 | 315.00 |
| 6/2/2004 | MBN | Telephone conf. with client, re: status. | 0.10 | 18.50 |
|  | MBN | Preparation of complaint. | 0.40 | 74.00 |
| 6/3/2004 | MBN | Telephone conf. with client (W.S.) re: status. | 0.10 | 18.50 |
|  | SAW | Legal Research re: app'd, 15 U.S.C. section 1125 1st Circuit & all Fed Cts. | 3.90 | 585.00 |
|  | WJH | Telephone conf. with IP Lawyer. | 0.50 | 125.00 |
|  | WJH | Telephone conf. with Walter. | 0.30 | 75.00 |
|  | WJH | Conference with SW & MBN, re: case. | 0.30 | 75.00 |
|  | WJH | Telephone conf. with client | 0.20 | 50.00 |
|  | WJH | Work up Federal Claims. | 2.10 | 525.00 |
| 6/4/2004 | MBN | Telephone conf. with client (T.C.) re: background and factual history for affidavit, witnesses. | 0.50 | 92.50 |
|  | WJH | Telephone conf. with client, Walter. | 0.20 | 50.00 |
|  | WJH | Conference with SW. | 0.20 | 50.00 |
|  | WJH | Work on Registration Issues. | 1.80 | 450.00 |
| 6/7/2004 | SAW | Legal Research re: Protection of those who used unregistered marks- app'd. | 2.20 | 330.00 |
|  | SAW | Preparation of memo, re: trademark infrung & Lanham Act. | 0.70 | 105.00 |
|  | SAW | Legal Research re: 15 U.S.C. section 1114 colorable imitaion- app'd. | 0.60 | 90.00 |

Walter Stickle                                                                Page       2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/7/2004 | SAW | Legal Research re: 15 U.S.C. section 1225 (a) & (d)- app'd. | 2.30 | 345.00 |
|  | SAW | Preparation of memo, re: research Lanham Act & 15 U.S. C. section 1525 (d) | 1.80 | 270.00 |
|  | WJH | Telephone conf. with John. | 0.30 | 75.00 |
| 6/9/2004 | MBN | Telephone conf. with client (D.F.) re: prep. of affidavit, legal claims, background, witnesses. | 0.60 | 111.00 |
|  | SAW | Legal Research re: Lanham Act section 43(a) and section 1114 colorable imitation app'd. | 1.30 | 195.00 |
|  | SAW | Legal Research re: intent/willful use of mark. | 0.40 | 60.00 |
|  | SAW | Preparation of memo of law, re: protection of unreg. trademarks. | 0.80 | 120.00 |
| 6/10/2004 | SAW | Legal Research re: confusion amongst consumers- app'd. | 1.30 | 195.00 |
|  | SAW | Legal Research re: ACPA & UDRP Laws Article. | 0.20 | 30.00 |
|  | WJH | Review of Fee Forum Jury. | 0.10 | 25.00 |
|  | WJH | Revision to Complaint. | 2.80 | 700.00 |
| 6/11/2004 | MBN | Telephone conf. with witness E. Tighe, re: affidavit prep, facts. | 0.40 | 74.00 |
|  | SAW | Telephone conf. with USTDO, re: contesting registration. | 0.10 | 15.00 |
|  | SAW | Legal Research re: contesting registered trademarks. | 1.30 | 195.00 |
|  | WJH | Telephone conf. with client | 0.50 | 125.00 |
|  | WJH | Telephone conf. with client | 1.60 | 400.00 |
|  | WJH | Telephone conf. with client | 0.30 | 75.00 |
|  | WJH | Prepare letter to Orfenus. | 0.30 | 75.00 |
|  | WJH | Prepare letter to Strawberry's. | 0.20 | 50.00 |
|  | WJH | Prepare letter to Medford Theatre. | 0.20 | 50.00 |
|  | WJH | Revision to Letters. | 0.20 | 50.00 |
|  | WJH | Telephone conf. with Starwberry's. | 0.40 | 100.00 |
| 6/14/2004 | SAW | Telephone conf. with USTPO, re: trademark registration- contesting. | 0.20 | 30.00 |
|  | SAW | Preparation of letter of protest- USTPO website info. | 0.30 | 45.00 |
|  | SAW | Review of Ch. 1500 and Ch. 1700, USTPO letter of protest procedures & issues- website. | 0.40 | 60.00 |
|  | SAW | Review of application of registering mark- printout USTPO. | 0.10 | 15.00 |
|  | SAW | Legal Research re: USTPO ch. 1700 - Letter of Protest. | 1.10 | 165.00 |
|  | WJH | Review of Jury Memo. | 0.10 | 25.00 |
| 6/15/2004 | SAW | Legal Research cases, re: disruptive & generic terms for protest letter. app'd | 2.30 | 345.00 |
| 6/16/2004 | MJH | Continue preparation of memorandum in support of preliminary injunction. | 0.50 | 75.00 |
|  | WJH | Telephone conf. with Arthur Orsenus. | 0.60 | 150.00 |
|  | WJH | Conference with SW, re: Brief. | 0.20 | 50.00 |
|  | WJH | Telephone conf. with Warren Scott. | 0.10 | 25.00 |
| 6/17/2004 | SAW | Telephone conf. with awregistry.com, re: obtaining initial registration docs of pinkvoyd.com | 0.30 | 45.00 |
|  | SAW | Preparation of email to Walter Stickle, re: awregistry.com | 0.30 | 45.00 |
|  | SAW | Review of email from Walter Stickle/registration. | 0.20 | 30.00 |
|  | SAW | Telephone conf. with Walter Stickle, re: registration info. emailed to me. | 0.20 | 30.00 |

Walter Stickle

Page        3

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/17/2004 | SAW | Telephone conf. with Walter Stickle, re: registration info- request to awregistry.com initial/transfer etc. (hard copy being senrnerstone subcontract. | 0.10 | 15.00 |
| | MJH | Continue Legal Research re: Lanham Act violations and cancellation of mark on fraud grounds (approved) | 2.40 | 360.00 |
| | MJH | Continue preparation of memorandum support of motion for preliminary injunction. | 3.60 | 540.00 |
| | WJH | Telephone conf. with Tony C. | 0.30 | 75.00 |
| 6/18/2004 | MJH | Continue preparation of memorandum in support of motion for preliminary injunction. | 3.30 | 495.00 |
| | MJH | Continue Legal Research re: cyberaquatting law regarding factors to prove bad faith. (approved) | 1.60 | 240.00 |
| | WJH | Review of Pitingulo Email. | 0.10 | 25.00 |
| | WJH | Email to Pitingulo. | 0.10 | 25.00 |
| | WJH | Email to Walter. | 0.10 | 25.00 |
| 6/21/2004 | MJH | Continue preparation of memorandum in support of the motion for preliminary injunction. | 3.40 | 510.00 |
| 6/22/2004 | MBN | Preparation of Affidavit of E.T. | 0.60 | 111.00 |
| | MBN | Review of corr & documents from clients, re: same. | 0.40 | 74.00 |
| | MJH | Continue preparation of memorandum in support of the motion for preliminary injunction. | 1.60 | 240.00 |
| | MJH | Begin preparation of motion for preliminary injunction. | 0.40 | 60.00 |
| 6/23/2004 | MBN | Telephone conf. with witness (L.S.) re: poss. statement. | 0.20 | 37.00 |
| | WJH | Telephone conf. with Tony. | 0.20 | 50.00 |
| | WJH | Conference with MBN. | 0.10 | 25.00 |
| 6/24/2004 | MBN | Receipt and review of corr. from opp. counsel, re: claims, etc. | 0.30 | 55.50 |
| | WJH | Prepare letter to M. Pitingulo. | 0.10 | 25.00 |
| 6/25/2004 | MBN | Preparation of Complaint. | 1.20 | 222.00 |
| 6/28/2004 | SAW | Legal Research re: USP&TO- letter of protest online. | 0.60 | 90.00 |
| 6/29/2004 | MBN | Cont. preparation of complaint and affidavits; Legal research for same, re: Lanham Act. Federal & state landmark cases. | 4.80 | 888.00 |
| | SAW | Legal Research re: Disparagement Claim- app'd. | 2.60 | 390.00 |
| | SAW | Prepare memo to Bill H. re: Disparagement. | 1.00 | 150.00 |
| | SAW | Receipt and review of registration paperwork provided by awregistry- analyzed. | 0.40 | 60.00 |
| | SAW | Prepare outline of above- materials law-registry. | 0.30 | 45.00 |
| | SAW | Telephone conf. with USPTO, re: example of letter of protest. | 0.20 | 30.00 |
| 6/30/2004 | MBN | Telephone conf. with client (T.C. and R.C.) re: affidavits. | 0.40 | 74.00 |
| | MBN | Cont. preparation of affidavits, complaint. | 3.60 | 666.00 |
| | MBN | Telephone conf. with court clerk's office, re: injunction. | 0.20 | 37.00 |
| | MBN | Telephone conf. with witness (W.E.) re: facts, affidavit. | 0.20 | 37.00 |
| | SAW | Preparation of Memo- Disparagment Claim. | 5.40 | 810.00 |
| | WJH | Preparation of Scott Affidavit. | 0.30 | 75.00 |
| | WJH | Prepare letter to Scott. | 0.30 | 75.00 |

Walter Stickle                                                                      Page        4

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/30/2004 | WJH | Email to Warren. | 0.10 | 25.00 |
| | WJH | Telephone conf. with Chris @ Good Times. | 0.30 | 75.00 |
| | WJH | Emails t/f Chris. | 0.30 | 75.00 |
| | WJH | Telephone conf. with Joel Finegold. | 0.20 | 50.00 |
| | WJH | Preparation of Finegold Affidavit. | 0.20 | 50.00 |
| | WJH | Telephone conf. with P. Popetti. | 0.20 | 50.00 |
| | WJH | Preparation of Popetti Affidavit. | 0.20 | 50.00 |
| | WJH | Miscellaneous calls with Tony C. | 0.50 | 125.00 |
| | WJH | Preparation of Walter Affidavit. | 0.20 | 50.00 |
| | WJH | Fax J. Rief. | 0.50 | 125.00 |
| | WJH | Telephone conf. with Esposito. | 0.10 | 25.00 |
| | WJH | Prepare letter to Joel Fitzgerald. (EM) | 0.10 | 25.00 |
| 7/1/2004 | MBN | Telephone conf. with client (T.C.) re: affidavits. | 0.30 | 55.50 |
| | MBN | Telephone conf. with client (J.P.) re: affidavit. | 0.20 | 37.00 |
| | MBN | Preparation of affidavits, Pitingolo, Fisher, Caliendo, Easton. | 2.80 | 518.00 |
| | MBN | Cont. preparation of complaint. | 1.50 | 277.50 |
| | MBN | Prepare letter to S.P. re: affidavit. | 0.20 | 37.00 |
| | MBN | Prepare letter to client (D.F.) re: same. | 0.20 | 37.00 |
| | MBN | Receipt and review of additional docs from client. | 0.40 | 74.00 |
| | MBN | Receipt and review of corr & website data from client. | 0.20 | 37.00 |
| | SAW | Prepare letter to U.S. PTO- letter of protest- draft. | 0.40 | 60.00 |
| | MJH | Continue preparation of memorandum in support of preliminary injunction. | 0.20 | 30.00 |
| | MJH | Continue Legal Research re: registration of domain name as constitutions use. (approved) | 1.40 | 210.00 |
| | WJH | Telephone conf. with Tony (2x) | 0.60 | 150.00 |
| | WJH | Conference with MBN. | 0.30 | 75.00 |
| | WJH | Revision to Walter Affidavit. | 0.30 | 75.00 |
| | WJH | Preparation of Bleeding Heart Aff. | 0.30 | 75.00 |
| | WJH | Revision to Bleeding Heart Aff. | 0.30 | 75.00 |
| | WJH | Prepare letter to Bleeding Heart. | 0.20 | 50.00 |
| | WJH | Telephone conf. with client, Walter. | 0.30 | 75.00 |
| | WJH | Telephone conf. with Joel Finegold. | 0.30 | 75.00 |
| | WJH | Revision to Popetti Aff. | 0.30 | 75.00 |
| | WJH | Miscellaneous work up of Affidavits & Brief. | 1.60 | 400.00 |
| | SAW | Review of memo to file, re: awregistry docs. | 0.30 | 45.00 |
| 7/2/2004 | MBN | Cont. preparation of Fisher Affidavit | 0.30 | 55.50 |
| | MBN | Prepare letter to client (J.P.) re: affidavits. | 0.20 | 37.00 |
| | MBN | Prepare letter to client (D.F.) re: same. | 0.20 | 37.00 |
| | MBN | Receipt and review of corr & affidavit revisions from D.F. | 0.40 | 74.00 |
| | MBN | Prepare letter to client (D.F.) re: same. | 0.20 | 37.00 |
| 7/6/2004 | MBN | Telephone conf. with client (J.P.) re: affidavits. | 0.10 | 18.50 |
| | MBN | Receipt and review of corr from client (J.P.) re: revisions to same. | 0.30 | 55.50 |
| | SAW | Revision to memo- aw registration of PinkVoyd.com | 0.20 | 30.00 |

Walter Stickle                                                                    Page        5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/7/2004 | MBN | Prepare letter to client (J.P.) re: revisions to affidavit. | 0.30 | 55.50 |
|  | MBN | Prepare letter to E.T. re: affidavit & revisions. | 0.20 | 37.00 |
|  | MBN | Prepare letter to S.P. re: same. | 0.20 | 37.00 |
|  | MBN | Cont. preparation of memorandum of law, motion for prelim. injunction. | 2.80 | 518.00 |
|  | MJH | Telephone conf. with CM, re: affidavit. | 0.30 | 45.00 |
|  | MJH | Telephone conf. with SE, re: affidavit (L/M) | 0.10 | 15.00 |
|  | MJH | Telephone conf. with BP, re: affidavit. | 0.30 | 45.00 |
|  | MJH | Begin preparation of CM affidavit. | 0.40 | 60.00 |
|  | MJH | Begin preparation of RP affidavit. | 0.50 | 75.00 |
|  | MJH | Prepare letter to RP, re: draft of affidavit. | 0.10 | 15.00 |
|  | MJH | Prepare letter to CM, re: draft of affidavit. | 0.10 | 15.00 |
| 7/8/2004 | MBN | Cont. preparation of Memorandum of Law, exhibits, affidavits, re: in Support of Prelim. Inj. Motion. | 4.30 | 795.50 |
|  | MBN | Receipt and review of corr & affidavits from witnesses (K.P., P.P., R.R., E.T. and S.P.) | 0.20 | 37.00 |
|  | MJH | Telephone conf. with RP, re: affidavit. | 0.10 | 15.00 |
|  | MJH | Telephone conf. with RP, re: affidavit. | 0.10 | 15.00 |
|  | MJH | Legal Research re: Massachusetts Trademark Protection (approved) | 0.40 | 60.00 |
|  | MJH | Telephone conf. with ET, re: affidavit. | 0.20 | 30.00 |
|  | MJH | Preparation of KP affidavit. | 0.10 | 15.00 |
|  | MJH | Prepare letter to KP, re: affidavit. | 0.10 | 15.00 |
| 7/9/2004 | MBN | Preparation of motion for short order of notice and motion for appt. of special process semer. | 0.40 | 74.00 |
|  | MBN | Cont. preparation of memorandum of law. | 2.40 | 444.00 |
|  | MBN | Telephone conf. with constable, re: service. | 0.20 | 37.00 |
|  | MBN | Telephone conf. with client (W.S.) re: status. | 0.10 | 18.50 |
|  | MBN | Prepare letter to opposing counsel, re: filings. | 0.20 | 37.00 |
|  | MBN | Telephone conf. with court clerk's office, re: hearing. | 0.20 | 37.00 |
|  | MJH | Preparation of complaint. | 0.80 | 120.00 |
|  | MJH | Continue preparation of motion for preliminary injunction. | 0.10 | 15.00 |
|  | MJH | Continue preparation of memorandum of law in support of preliminary injunction. | 2.50 | 375.00 |
|  | MJH | Preparation of MJ affidavit. | 0.20 | 30.00 |
|  | MJH | Telephone conf. with clerks office, re: docs needed to file case. | 0.10 | 15.00 |
|  | MJH | Attend court filing complaint & motion for short order notice. | 1.80 | 270.00 |
|  | MJH | Preparation of civil action coversheets. | 0.40 | 60.00 |
| 7/12/2004 | MBN | Telephone conf. with constable, re: service. | 0.20 | 37.00 |
|  | MBN | Receipt and review of return of service. | 0.10 | 18.50 |
|  | MBN | Telephone conf. with court clerk's office, re: hearing. | 0.20 | 37.00 |
|  | SAW | Review of online status- US PTO filing Pink Voyd (TM) (not yet assigned) | 0.20 | 30.00 |
|  | MJH | Telephone conf. with District Court, re: ruling on motion and scheduling of hearing. | 0.10 | 15.00 |

Walter Stickle                                                                    Page        6

|            |     |                                                                          | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------|-------|--------|
| 7/13/2004  | MBN | Receipt and review of corr & email doc from client (J.P.)                | 0.20  | 37.00  |
|            | MBN | Receipt and review of invoice from constable; corr constable, re: same.  | 0.10  | 18.50  |
|            | SAW | Prepare letter to US PTO- letter of protest (draft)                      | 0.30  | 45.00  |
| 7/14/2004  | MBN | Telephone conf. with court clerk's office, re: short order of notice.     | 0.20  | 37.00  |
|            | MBN | Preparation of letter of protest to trademark office.                    | 0.80  | 148.00 |
|            | MBN | Telephone conf. with client (W.S.) re: status.                           | 0.20  | 37.00  |
|            | MJH | Telephone conf. with Z. Lovett, re: reason for denying motion.           | 0.10  | 15.00  |
| 7/15/2004  | MBN | Cont. preparation of letter of protest to trademark office.              | 0.30  | 55.50  |
|            | MBN | Telephone conf. with opposing counsel (M.P.) re: filings.                | 0.10  | 18.50  |
| 7/16/2004  | MBN | Telephone conf. with opposing counsel (M.P.) re: poss. settlement.       | 0.20  | 37.00  |
|            | MBN | Telephone conf. with client, re: fire dept. call, status.                | 0.20  | 37.00  |
|            | MBN | Telephone conf. with fire dept. and opp. counsel, re: same.              | 0.10  | 18.50  |
|            | MBN | Telephone conf. with client (A.C.) re: fire dept. call.                  | 0.10  | 18.50  |
| 7/20/2004  | MBN | Telephone conf. with opposing counsel (M.P.) re: claims, poss. settlement. | 0.20  | 37.00  |
|            | MBN | Telephone conf. with client (W.S.) re: same.                             | 0.10  | 18.50  |
|            | MBN | Telephone conf. with court clerk's office, re: hearing date.             | 0.10  | 18.50  |
| 7/22/2004  | MBN | Telephone conf. with opposing counsel (M.P.) re: settlement.             | 0.20  | 37.00  |
|            | MBN | Telephone conf. with client (T.C.) re: status.                           | 0.10  | 18.50  |
|            | MBN | Telephone conf. with client (W.S.) re: same.                             | 0.20  | 37.00  |
| 7/23/2004  | MBN | Telephone conf. with client (W.S.) re: poss. settlement.                 | 0.10  | 18.50  |
|            | MBN | Telephone conf. with opposing counsel (M.P.) re: same.                   | 0.10  | 18.50  |
| 7/26/2004  | MBN | Telephone conf. with opposing counsel (M.P.) re: settlement.             | 0.30  | 55.50  |
| 7/28/2004  | MBN | Telephone conf. with opposing counsel (M.P.) re: agr. for judgment.      | 0.30  | 55.50  |
|            | MBN | Begin preparation of agr. for judgment.                                  | 0.30  | 55.50  |
| 7/29/2004  | MBN | Telephone conf. with client (W.S.) re: status, poss. settlement.         | 0.20  | 37.00  |
|            | MBN | Review of latest defendant web postings.                                 | 0.20  | 37.00  |
| 7/30/2004  | MBN | Telephone conf. with opposing counsel (M.P.) re: settlement, motion.     | 0.30  | 55.50  |
|            | MBN | Review of Town of Arlington assessors office records, re: Orfanos property ownership. | 0.30  | 55.50  |
| 8/3/2004   | MBN | Receipt and review of corr. from client (T.C.) re: Orfanos, damages.     | 0.20  | 37.00  |
|            | MBN | Receipt and review of corr. from client (D.F.) re: same.                 | 0.10  | 18.50  |
| 8/4/2004   | MBN | Telephone conf. with client (W.S.) re: conf. call.                       | 0.10  | 18.50  |
|            | MBN | Telephone conf. with opposing counsel, re: answer.                       | 0.10  | 18.50  |
|            | MBN | Conference call with WJH, T.C. and W.S. re: case overview, settlement damages. | 0.40  | 74.00  |
|            | MJH | Investigation for confirmation summons was returned.                     | 0.10  | 15.00  |
|            | WJH | Conference with co-counsel, MBN.                                         | 0.20  | 50.00  |
| 8/5/2004   | MBN | Telephone conf. with opposing counsel (M.P.) re: settlement.             | 0.20  | 37.00  |
| 8/6/2004   | MBN | Telephone conf. with court clerk's office, re: status, hearing date.     | 0.20  | 37.00  |
|            | MBN | Prepare letter to court clerk's office, re: same.                        | 0.20  | 37.00  |
| 8/9/2004   | MBN | Preparation of agreement for judgment and judgment.                      | 0.70  | 129.50 |
| 8/10/2004  | MBN | Cont. preparation of agr. for judgment.                                  | 0.20  | 37.00  |

Walter Stickle

Page    7

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/12/2004 | MBN | Telephone conf. with client (T.C.) re: settlement (x2) | 0.30 | 55.50 |
| | MBN | Prepare letter to client (W.S., D.F. & J.P.) re: same. | 0.10 | 18.50 |
| | MBN | Telephone conf. with client (W.S.) re: same. | 0.10 | 18.50 |
| | MBN | Cont. preparation of judgment docs. | 0.30 | 55.50 |
| 8/13/2004 | MBN | Preparation of Release. | 0.40 | 74.00 |
| | MBN | Prepare letter to opposing counsel (M.P.) re: settlement docs. | 0.20 | 37.00 |
| 8/27/2004 | WJH | Review of Offers. | 2.00 | 500.00 |
| 8/30/2004 | WJH | Telephone conf. with client, Walter. | 0.30 | 75.00 |
| | WJH | Prepare letter to client | 0.20 | 50.00 |
| 8/31/2004 | WJH | Telephone conf. with Dan F. | 0.50 | 125.00 |
| 9/7/2004 | MBN | Receipt and begin review of orphanos pleadings, affidavits, exhibits. | 1.80 | 333.00 |
| 9/13/2004 | MBN | Receipt and review of corr & band list from client D.F. | 0.20 | 37.00 |
| | MBN | Telephone conf. with client (R.D.) re: status. | 0.10 | 18.50 |
| 9/14/2004 | MBN | Preparation of answer to defendant's counterclaims. | 0.60 | 111.00 |
| | MBN | Prepare letter to client, re: same. | 0.20 | 37.00 |
| | MBN | Receipt and review of corr from clients T.C. & D.F. re: same. | 0.20 | 37.00 |
| 9/16/2004 | MBN | Cont. preparation of answer to defendant counter claims and review of client corr, re: same. | 0.60 | 111.00 |
| 9/17/2004 | MBN | Receipt and review of discovery order from J. Tauro. | 0.10 | 18.50 |
| | MBN | Cont. review of corr from clients, re: counterclaims. | 0.30 | 55.50 |
| | WJH | Review of Court Order. | 0.10 | 25.00 |
| 9/22/2004 | MBN | Receipt and review of notice of hearing; tel. clerk's office, re: same. | 0.10 | 18.50 |
| 9/23/2004 | MBN | Prepare letter to opposing counsel (M.P.) re: hearing on motion. | 0.10 | 18.50 |
| 9/27/2004 | MBN | Begin preparation for hearing on Motion for Prelim. Inj. | 0.40 | 74.00 |
| | MBN | Prepare letter to client, re: same. | 0.10 | 18.50 |
| | MBN | Telephone conf. with opposing counsel, re: same. | 0.10 | 18.50 |
| 9/28/2004 | MBN | Preparation for hearing on motion for prelim. injunction. | 2.50 | 462.50 |
| 9/29/2004 | MBN | Cont. preparation for hearing. | 0.30 | 55.50 |
| | MBN | Attend U.S. Dist Ct for hearing on motion for prelim. injunction. | 2.60 | 481.00 |
| | MBN | Conference with clerk, re: proposed order. | 0.20 | 37.00 |
| 9/30/2004 | MBN | Prepare letter to client, re: hearing. | 0.20 | 37.00 |
| 10/4/2004 | MBN | Preparation of proposed order. | 0.60 | 111.00 |
| | MBN | Telephone conf. with court clerk's office, re: filing of same. | 0.20 | 37.00 |
| 10/5/2004 | MBN | Prepare letter to court clerk's office, re: proposed order. | 0.20 | 37.00 |
| | MBN | Telephone conf. with opposing counsel (M.P.) re: same. | 0.20 | 37.00 |
| 10/6/2004 | MBN | Telephone conf. with court clerk's office, re: filing of proposed order. | 0.20 | 37.00 |
| 11/9/2004 | HWC | Receipt and review of court order on motion for prelim. injunction. | 0.20 | 50.00 |
| | HWC | Review of Orfanos website status. | 0.20 | 50.00 |
| 11/10/2004 | MBN | Receipt and review of corr from clients (W.S. & J.P.) re: viol of court order. | 0.30 | 55.50 |
| | MBN | Telephone conf. with client (W.S.) re: same. (2x) | 0.20 | 37.00 |
| | MBN | Prepare letter to opposing counsel (M.P.) re: viol. of court order, demand. | 0.20 | 37.00 |
| 11/12/2004 | MBN | Check compliance with order, re: Orfanos websites. | 0.20 | 37.00 |

Walter Stickle                                                    Page        8

|            |     |                                                                                          | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------|-------|--------|
| 11/15/2004 | MBN | Receipt and review of corr from clients (W.S., T.C. & D.F.), re: viol of order.          | 0.20  | 37.00  |
|            | MBN | Prepare letter to client, re: same.                                                      | 0.20  | 37.00  |
| 11/17/2004 | MBN | Telephone conf. with opposing counsel (M.P.), re: website viol of court order, allegat. of libel. | 0.30  | 55.50  |
|            | MBN | Review of Orfanos website content.                                                       | 0.10  | 18.50  |
| 11/18/2004 | MBN | Receipt and review of corr from opp. counsel M.P. re: case & desist emails from plaintiffs. | 0.20  | 37.00  |
|            | MBN | Prepare letter to client, re: same.                                                      | 0.30  | 55.50  |
| 11/19/2004 | MBN | Prepare letter to client (W.S.), re: Pelosky letter & attached email.                    | 0.20  | 37.00  |
| 11/29/2004 | MBN | Receipt and review of corr from client (J.P.), re: Viol of order & review of website for same. | 0.20  | 37.00  |
| 11/30/2004 | MBN | Telephone conf. with court clerk's office, re: contempt order.                           | 0.20  | 37.00  |
| 12/2/2004  | MBN | Preparation of motion for order of contempt and affidavit supporting same.               | 2.70  | 499.50 |
| 12/3/2004  | MBN | Telephone conf. with court clerk's office, re: contempt order.                           | 0.20  | 37.00  |
|            | MBN | Cont. preparation of Motion seeking order.                                               | 0.30  | 55.50  |
|            | MBN | Prepare letter to client (W.S.), re: same, affidavit.                                    | 0.30  | 55.50  |
|            | MBN | Telephone conf. with client (D.F.), re: same.                                            | 0.20  | 37.00  |
| 12/6/2004  | MBN | Receipt and review of corr & revised affidavit from client (D.F.)                        | 0.20  | 37.00  |
|            | MBN | Telephone conf. with client, re: same.                                                   | 0.10  | 18.50  |
| 12/28/2004 | MBN | Receipt and review of Orfanos response to motion for order of contempt.                  | 0.40  | 74.00  |
|            | MBN | Review of court docket for hearing on motion and tel clerk's office, re: same.           | 0.20  | 37.00  |
| 2/17/2005  | SAW | Review of letter from USPTO, re: denial of protest.                                      | 0.30  | 45.00  |
| 3/22/2005  | MBN | Receipt and review of court order & decision on motion for order of contempt.            | 0.20  | 37.00  |
| 4/1/2005   | MBN | Telephone conf. with client (W.S.), re: status, litigation options.                      | 0.50  | 92.50  |
| 6/28/2005  | WJH | Telephone conf. with co-counsel                                                          | 0.20  | 50.00  |
| 6/29/2005  | MBN | Prepare letter to client (W.S.), re: Orfanos contact.                                     | 0.20  | 37.00  |
|            | MBN | Telephone conf. with client (W.S.), re: same, status litigation options.                 | 0.40  | 74.00  |
| 7/18/2005  | MBN | Telephone conf. with client (W.S.), re: commun. from Orfanos, options (x2)                | 0.20  | 37.00  |
|            | MBN | Prepare letter to opposing counsel (M.P.), re: same.                                      | 0.10  | 18.50  |
| 8/11/2005  | MBN | Telephone conf. with opposing counsel (M.P.), re: case status.                           | 0.10  | 18.50  |
| 8/12/2005  | MBN | Telephone conf. with opposing counsel (M.P.), re: settlement.                            | 0.10  | 18.50  |
|            | MBN | Telephone conf. with client (W.S.), re: same.                                             | 0.10  | 18.50  |
| 8/16/2005  | MBN | Telephone conf. with client (W.S.), re: case status, poss. settlement.                   | 0.20  | 37.00  |
|            | MBN | Telephone conf. with opposing counsel (M.P.), re: same.                                   | 0.10  | 18.50  |
| 8/25/2005  | MBN | Telephone conf. with opposing counsel (M.P.), re: poss. settlement.                       | 0.10  | 18.50  |
| 1/25/2006  | MBN | Prepare letter to client (W.S.), re: status, Orfanos counsel withdrawal, invoice.        | 0.30  | 55.50  |
|            | MBN | Receipt and review of court notice on withdrawal.                                         | 0.10  | 18.50  |

Walter Stickle                                                              Page        9

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 163.70 | $29,540.00 |

**Additional Charges**

| | | |
|---|---|---|
| 6/11/2004 | FedEx to Arthur Orfanos. Re: Cease and Desist | 15.00 |
| | FedEx to Costa. | 15.00 |
| 7/9/2004 | Filing Fee - filing of complaint in U.S. District Ct. - District of Mass. | 150.00 |
| | FedEx of summons (with accompanying documentation) to R. Digiorgio for service upon defendant | 14.00 |
| | FedEx of copies of materials filed with the court to attorney M. Pelosky | 14.00 |
| 7/15/2004 | Service Fee - service of summons on A. Orfanos by constable (Saturday fee) | 80.00 |
| Total additional charges | | $288.00 |

| | |
|---|---|
| Total amount of this bill | $29,828.00 |

| | |
|---|---|
| PLEASE PAY THIS AMOUNT | $29,828.00 |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Henry W. Clark | 0.40 | 250.00 | $100.00 |
| Mandi Jo Hanneke | 37.00 | 150.00 | $5,550.00 |
| Michael B. Newman | 65.00 | 185.00 | $12,025.00 |
| Stacey A. Ward | 34.60 | 150.00 | $5,190.00 |
| William J. Hunt | 26.70 | 250.00 | $6,675.00 |

Clark, Hunt & Embry Tax ID No. 04-3296024

........................................................................

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.  THANK YOU.

| | |
|---|---|
| Name: | Walter Stickle |
| CH&E No. | 50477.01 |
| Invoice No. | 41270 |
| Amount Enclosed: | _____ |

Please remit to:

**Clark, Hunt & Embry**

55 Cambridge Parkway
Cambridge, MA  02142

# Clark, Hunt & Embry

55 Cambridge Parkway
Cambridge, MA  02142
617-494-1920
www.chelaw.com

Walter Stickle
15 Sunset Avenue
North Reading MA 01864

October 11, 2006

**CH&E No.** 50477.01

**Invoice No.**    45167

In Reference To:    **Trademark Issues**

## Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/9/2006 | MBN | Attend U.S. Dist. Ct. re: status conf. conversion of PI into permanent inj. | 1.80 | 333.00 |
| 2/10/2006 | MBN | Receipt and review of notice from court, re: default judgment. | 0.20 | 37.00 |
| 2/13/2006 | MBN | Telephone conf. with client (W.S.), re: status, mtg. | 0.10 | 18.50 |
| 2/14/2006 | MBN | Telephone conf. with client (W.S.), re: status, default, fees. | 0.10 | 18.50 |
| 2/21/2006 | MBN | Preparation of proposed perm injunction order. | 0.20 | 37.00 |
| | MBN | Preparation of Motion for dismissal of counterclaims. | 0.20 | 37.00 |
| | MBN | Preparation of Motion for fees & costs. | 1.20 | 222.00 |
| 2/22/2006 | MBN | Cont. preparation of motion for fees & costs. | 0.40 | 74.00 |
| 2/23/2006 | MBN | Preparation of motion for default judgment. | 0.20 | 37.00 |
| | MBN | Preparation of affidavits for fees & costs motion. | 0.60 | 111.00 |
| | MBN | Prepare letter to court clerk's office, re: proposed order. | 0.10 | 18.50 |
| | MBN | Cont. preparation of motion for fees & costs. | 0.30 | 55.50 |
| 2/24/2006 | MBN | Telephone conf. with client (W.S.), re: status, motion for fees/costs. | 0.20 | 37.00 |
| 3/1/2006 | MBN | Receipt and review of defendant's motion to remove default. | 0.20 | 37.00 |
| | MBN | Telephone conf. with opposing counsel (A.O.), re: same. | 0.10 | 18.50 |
| 3/2/2006 | MBN | Telephone conf. with opposing counsel (A.O.), re: status, motions, settlement. | 0.30 | 55.50 |
| | MBN | Receipt and review of defendant's motion to dismiss. | 0.20 | 37.00 |
| | MBN | Telephone conf. with client (W.S.), re: same. | 0.10 | 18.50 |
| 3/3/2006 | MBN | Telephone conf. with client (W.S.), re: status, motion to remove default, fees, etc. | 0.20 | 37.00 |
| | MBN | Preparation of Opposition to Motion to Remove Default. | 1.30 | 240.50 |
| 3/6/2006 | MBN | Cont. preparation of Opposition to Motion to remove Default. | 0.80 | 148.00 |
| | MBN | Receipt and review of corr from opp counsel (A.O.), re: status of case. | 0.20 | 37.00 |
| 3/9/2006 | MBN | Receipt and review of corr from withdrawn opp. counsel, re: default, BBO complaint. | 0.20 | 37.00 |

Walter Stickle                                                                      Page        2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/9/2006 | MBN | Telephone conf. with opposing counsel (M.P.), re: same. | 0.10 | 18.50 |
| 3/10/2006 | MBN | Prepare letter to opposing counsel (M.P.), re: BBO complaint, Orfanos. | 0.30 | 55.50 |
|  | MBN | Receipt and review of Motion from A.O. re: req. for oral arg, notice of hearing. | 0.20 | 37.00 |
| 3/17/2006 | MBN | Receipt and review of court order, re: denial of defendant motion to remove default. | 0.10 | 18.50 |
|  | MBN | Telephone conf. with client, re: same. | 0.20 | 37.00 |
|  | MBN | Cont. prep motion for default judgment. | 0.20 | 37.00 |
| 3/24/2006 | MBN | Receipt and review of defendant's settlement to his Motion to Dismiss. | 0.20 | 37.00 |
| 3/27/2006 | MBN | Receipt and review of defendant's opp to motion to default judgment. | 0.20 | 37.00 |
| 3/31/2006 | MBN | Receipt and review of defendant's motion for reconsideration (default removal) | 0.20 | 37.00 |
| 5/19/2006 | MBN | Preparation of proposed form of judgment. | 0.40 | 74.00 |
|  | MBN | Prepare letter to court clerk's office, re: same. | 0.10 | 18.50 |
| 5/24/2006 | MBN | Telephone conf. with court clerk's office, re: proposed form of judgment (x2) | 0.20 | 37.00 |
| 6/9/2006 | MBN | Receipt and review of corr from opp. counsel, re: demand. | 0.10 | 18.50 |
|  | MBN | Telephone conf. with client (W.S.), re: property of defendant, judgment. | 0.10 | 18.50 |
|  | MBN | Receipt and review of court notices of judgment. | 0.10 | 18.50 |
| 6/12/2006 | MBN | Cont. preparation of motion for attorney fees & costs. | 0.30 | 55.50 |
|  | MBN | Prepare letter to client (W.S.), re: same, judgment status. | 0.30 | 55.50 |
| 6/15/2006 | MBN | Telephone conf. with opposing counsel (A.O.), re: communications, judgment, etc. | 0.10 | 18.50 |
| 6/16/2006 | MBN | Receipt and review of defendant's Motion to Vacate Judgment. | 0.10 | 18.50 |
|  | MBN | Preparation of Opposition to defendant's Motion to Vacate Judgment. | 0.30 | 55.50 |
| 6/19/2006 | MBN | Preparation of opp to defendant's motion to vacate. | 0.20 | 37.00 |

For professional services rendered                                          13.20    $2,442.00

Previous balance                                                                  $29,828.00

PLEASE PAY THIS AMOUNT                                                $32,270.00

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Michael B. Newman | 13.20 | 185.00 | $2,442.00 |

Clark, Hunt & Embry Tax ID No. 04-3296024

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.  THANK YOU.

Name:               Walter Stickle
CH&E No.            50477.01
Invoice No.         45167

Amount Enclosed:    _____

Please remit to:

**Clark, Hunt & Embry**

55 Cambridge Parkway
Cambridge, MA  02142

# EXHIBIT B

## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

**CASE NO. 04 11539 JLT**

|  |  |
|---|---|
| ——————————————— | ) |
| **WALTER STICKLE, ANTHONY** | ) |
| **CALIENDO, JOHN PITINGOLO, and** | ) |
| **DANIEL FISHER,** | ) |
| **Plaintiffs** | ) |
|  | ) |
| **v.** | ) |
|  | ) |
| **ARTHUR ORFANOS,** | ) |
| **Defendant** | ) |
| ——————————————— | ) |

### AFFIDAVIT OF COUNSEL, MICHAEL B. NEWMAN,
### IN SUPPORT OF PLAINTIFF'S MOTION FOR
### ATTORNEYS' FEES AND COSTS

I, Michael B. Newman, under oath, do hereby depose and state the following:

1.      I am an attorney-at-law in the Commonwealth of Massachusetts and am familiar with the facts I am about to relate.

2.      I am licensed to practice law in the state and federal courts in Massachusetts, as well in the state and federal courts in Rhode Island and Florida.

3.      I am a senior litigation associate at Clark, Hunt & Embry and have been with the firm since 1995.  I performed the majority of legal work on this matter, including all of the discovery, summary judgment preparation, and communications with opposing counsel, as well as most of the legal research and communications with the client.

4.      My eight and a half years of practice have focused primarily on civil litigation, and I have handled a number of matters to successful conclusion in both the state and federal courts in this jurisdiction.  In addition, I have played an important role in my firm's growing disability and civil rights litigation practice.

5.     Earlier in my career, I was responsible for handling a substantial amount of the discovery and witness preparation in the case of Guckenburger v. Boston University, 8.F.Supp. 2d 91 (1998), an important ADA case that culminated in a trial in the United States District Court in Boston in 1997.  More recently, I was the lead counsel in Burkley v. County of Plymouth, an action brought against the Commonwealth and municipalities over the inaccessibility of courthouse facilities and involving compliance with the ADA and related state and federal statutes.

6.     In 1998, six years ago, a rate of $140 per hour was approved by the United States District Court for the District of Massachusetts for my work in Guckenburger case.  See, Guckenburger, 8.F.Supp. 2d at 107-08.

7.     Since that time, in addition to gaining additional experience in a variety of civil litigation matters, I have both studied and taught trial advocacy skills at the National Institute for Trial Advocacy (NITA).

8.     My rate in this matter of $200 per hour is fair and reasonable when compared to rates for comparable legal services in the Boston area.

9.     In my performing the majority of the work in this matter leading up to trial at my associate's rate, my firm was able to minimize the legal fees that were incurred in prosecuting this case.

10.     In addition, from the outset of this action, as well as at a number of times during its pendency, I initiated discussions with defense counsel in an effort to bring this case to some kind of reasonable settlement.  At no time during this action was the defendant willing to even consider making a reasonable offer of settlement.

11.     Attached as Exhibit A to this motion is a true and accurate copy of Clark, Hunt & Embry's billing records for this matter, which represent the time reasonably expended in pursuing this litigation.  It is a "Final Bill" in the same form and format

that we would send to any hourly client that we represent.  I personally performed a substantial portion of the work contained in the bill and have reviewed the bill for accuracy and content.  Therefore, I personally attest that the time was reasonably expended in pursuit of the litigation.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _17th_ DAY OF _October_ 2006.

Michael B. Newman (BBO No. 632222)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CASE NO. 04 11539 JLT**

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO, and DANIEL FISHER, <br>     **Plaintiffs** <br><br> v. <br><br> ARTHUR ORFANOS, <br>     **Defendant** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**AFFIDAVIT OF COUNSEL, WILLIAM J. HUNT, IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

I, William J. Hunt, under oath do hereby depose and state the following:

1.      I am an attorney at law in the Commonwealth of Massachusetts and am familiar with the facts I am about to relate.

2.      I am licensed to practice law in the state and federal courts in Massachusetts and in a number of other state and federal courts, including, Pennsylvania, Rhode Island and New Jersey.

3.      I am the senior litigation partner at Clark, Hunt & Embry and, in this capacity, am in overall charge of the Clark, Hunt & Embry effort in regard to all litigation.  I was also the trial lawyer in this case.

4.      My legal experience has been devoted solely to civil litigation and I have been trying cases for over twenty-five years.  I have tried cases in state and federal courts in Massachusetts, Rhode Island, New Jersey and Pennsylvania, and in the territorial court for the trust territory of the Pacific Islands.  I have also arbitrated cases in these states and in New York and New Hampshire as well.  Much of my

practice has been devoted to handling commercial and tort matters – for both plaintiffs and defendants – which have high values.

5.    I have, in the past, had experience with trial of matters involving rare legal issues or issues of first impression.  For example, early in my career, I won, as a defendant, the very first trial against the Commonwealth of Pennsylvania brought pursuant to the recently enacted Tort Claims Act.  In New Jersey, I was one of the trial lawyers in the first social host liquor liability case arising out of a company party after that state's appellate courts allowed such actions to proceed.

6.    In Massachusetts, I was the lead trial lawyer in the case of <u>Guckenburger v. Boston University</u>, in the United States District Court in Boston, one of the most significant ADA cases in the late 1990's in the greater Boston area.  More recently, I was the supervisory counsel in <u>Burkley v. County of Plymouth</u>, a case recently settled by the Commonwealth of Massachusetts in which the Commonwealth agreed to bring the Plymouth County Courthouse into compliance with the Americans with Disabilities Act and related states statutes.

7.    I have also successfully represented plaintiffs in the Fair Housing Act and ADA claims in state and federal courts throughout the Commonwealth of Massachusetts.  I have also handled a large number of high value personal injury and commercial cases.

8.    Since the firm was founded, Clark, Hunt & Embry has developed an excellent reputation as a litigation firm throughout the northeast and now regularly represents a number of nationally significant clients.

9.    In addition to handling litigation matters for my clients, I teach and lecture to both practicing attorneys and law students across the nation.  I am an active member of the faculty of the National Institute for Trial Advocacy (NITA) and

have conducted NITA sessions in New York, Colorado, Massachusetts, Georgia, California, New Jersey, New Hampshire, Illinois, and Washington, D.C. I have taught lawyers in the nation of Palau and solicitors and barristers in London and in Dublin. I am currently scheduled to go to the former soviet republic of Moldova to teach trial advocacy to lawyers in that country, as the country moves to an adversarial legal system.

10.     In America, I have taught practicing attorneys how to try cases for the New York Attorney General's Office, the Prosecuting Attorney's Council of Georgia, the Massachusetts Law Reform Institute, and Massachusetts Continuing Legal Education. I have taught law students at Hofstra University School of Law, Emory University School of Law, University of San Francisco School of Law, Benjamin Cardozo School of Law, and the Delaware Law School.

11.     I have co-authored a book on Rhode Island evidence.

12.     My rate of $250.00 is squarely within the mainstream of rates for comparable legal services in the Boston area. It is certainly well below the rates in excess of $500.00 charged by lead counsel in other litigation firms in Boston.

13.     In 1998, eight years ago, a rate of $275.00 an hour for me was approved by the United States District Court for the District of Massachusetts in Guckenburger v. Boston University, 8 F. Supp. 2d 91, 107-08 (1998).

14.     My rate and Mr. Newman's rate are comparable to those rates customarily charged and received by law firms who do comparable litigation in the Boston area.

15.     Attached as Exhibit A to the plaintiff's motion is a true and correct copy of the Clark, Hunt & Embry hourly time and represents time reasonable expended in pursuing this litigation. It is a "Final Bill" in the same form and format that we would

send to any hourly client that we represent. I personally supervised the work that is contained on the bill and reviewed the bill for accuracy and content. Therefore, I personally attest that the time was reasonably expended in pursuit of the litigation.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ⎵7⎵ DAY OF OCTOBER, 2006.

_____
William J. Hunt (244720)

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CASE NO. 04 11539 JLT

|  |  |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO, and DANIEL FISHER,<br>    Plaintiffs<br><br>v.<br><br>ARTHUR ORFANOS,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF COUNSEL, RICHARD E. BRODY

I, Richard E. Brody, state under the pains and penalties of perjury as follows:

1.    I am a 1975 graduate of Boston University Law School and have about thirty years of litigation experience.

2.    I am a partner in the Massachusetts law firm of Brody, Hardoon, Perkins & Kesten, LLP.  We are a firm of sixteen lawyers and devote ourselves almost exclusively to civil litigation.  A substantial part of our work involves the defense of civil rights cases or other matters involving fee shifting.

3.    I have been involved, as chief trial counsel, in well over one hundred criminal, civil, and administrative trials in both state and federal courts since I became a member of the bar.

4.    I am familiar with consumer litigation including the prosecution and defense of cases involving the Massachusetts Consumer Protection statute M.G.L. c. 93A.

5.    I have participated in scores of mediations and arbitrations as chief counsel for my clients.

6.     I have acted as a private mediator or an arbitrator in scores of alternative dispute resolutions.

7.     I have been lead counsel in over 1000 civil cases in which I have represented both plaintiffs and defendants.

8.     I have represented scores of defendants with regard to civil rights claims.

9.     Through the years, I have become familiar with the law firm of Clark, Hunt & Embry and the quality of their civil litigation work.  The firm has a reputation for professional excellence and I have personal knowledge of the high quality and professional expertise of the law firm.

10.    I understand that William J. Hunt of Clark, Hunt & Embry is requesting fees in this case at the rate of $250.00 per hour.  I know Mr. Hunt to be highly qualified and experienced in the fields of consumer litigation, civil rights, and personal injury law.

11.    My knowledge of Mr. Hunt's abilities is based on the fact that I have represented co-defendants with him in some cases and have opposed him in others.  I have also taught a number of NITA and continuing education courses with him.  He is an extremely skilled trial lawyer.

12.    I am also familiar with attorney Michael B. Newman of Clark, Hunt & Embry.  He too is highly skilled in the same areas as Mr. Hunt and is requesting $185.00 per hour.

13.    In my opinion, these rates are consistent with market rates for attorneys with similar skills and experience in the Boston area.  My current hourly rate ranges from $250.00 to $300.00 per hour.  In addition to our hourly fees, my firm also charges our clients for the actual costs of LEXIS, West Law, travel, photocopying, long distance telephone calls, deposition costs, filing fees, fax charges, and other incidental

expenses attendant on the defense or prosecution of civil cases. These expenses are not included in our attorney rates but, instead, are billed separately to our clients. This practice is fully consistent with such procedures in the Boston legal community.

14.    I have reviewed Clark, Hunt & Embry's attached bill that includes both the hourly work performed on the file as well as the costs of litigating this matter and find it to be both fair and reasonable and in accordance with accepted billing practices in the Commonwealth.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _11th_ DAY OF _October_ 2006.

_____
Richard E. Brody

3