Arthur Orfanos
54 Egerton Rd.
Arlington, MA 02474

Michael B. Newman
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge MA, 02141

October 26, 2006

**Re:  Walter Stickle, et al. v. Arthur Orfanos**
**Case No. 04-11539-JLT**

Dear Attorney Newman;

I am writing to request the following;

1. Copies of any correspondence sent to me, from your office pertaining to the February 9. 2006 Status conference hearing.

2. Copies of letter to Mark Pelosky, written or prepared on March 10, 2006 (As indicated in exhibit A of Plaintiffs' motion for attorney fees and costs)

3. Fee agreement with your clients

4. Phone records and writings with respect to contacting me prior to July 9, 2004 (Or any such time) before filing legal action.

Kindly send me these documents no later than November 3, 2006.  Your attention in this matter is greatly appreciated.

Regards,

Arthur Orfanos

cc;
Civil Clerk's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210