Arthur Orfanos
54 Egerton Rd
Arlington, MA 02474

August 20, 2004

To Dan Fisher, Anthony Caliendo, John Pitingolo, Walter Stickle;

In response to today's deadline. I have read your settlement offer and the $16,000.00 you seek is more money than I could afford or agree to pay you. I am having difficulty paying my own legal fees and costs as it is. This has also caused upset to myself and my family.

From the beginning, I asked that we resolve our business amongst ourselves. I waited patiently to hear from you but you failed to respond. I was shocked and overwhelmed when I received the legal papers from your attorneys.

The court process could cost us both further unnecessary expense and embarrassment. I ask you again to settle our unsettled business amongst ourselves and avoid court. What if it were to cost your or I our jobs or worse? This is something that I am concerned with and afraid of.

I reach out and ask you one final time, to please resolve this matter with me outside of the courtroom. I am fearful of the consequences that could arise and I hope that you would be also. I also feel that we should not waste the time of the court.

Please inform Attorney Pelosky as soon as possible, as I am waiting eagerly today to hear your answer to my request before I must make this important decision to answer by your deadline.

Thank you for taking the time to read my letter.

Sincerely,

Arthur Orfanos