Subj: **Resolution**
Date: 6/25/2005 1:52:53 PM Eastern Daylight Time
From: TheMood2
To: Chev66427

Tony,

The reason for this email is to communicate to you that I wish to discuss with you and
Offer a resolution to settle our situation. I thought it best to email rather than calling
You without your prior knowledge or consent.

I've put a great deal of thought into this and realize that the best solution for all involved is
To settle this dispute, smoothly, without the unnecessary involvement of lawyers and at no further expense to
either party. I offer this settlement in Peace, without hostility and have
No ulterior motives or hidden agenda.

I have no problem in speaking with you and I have enclosed the following information and invite you to contact
me. I ask that in order to keep this in the proper perspective that only you contact me at this time to keep a
clear line of communication and not confuse or upset matters and prevent any further misunderstandings on
either side.

You are welcome to:

Email me at this email
INSTANT MESSAGE ME (if you see me online)
Call my HOME : 781.646.4623   8a.m. - 8.p.m
Call my CELL PHONE: 781.760.7925 (virtually anytime)

I asked my brother Steven to call you first to assure you that I am sincere about this but decided to write to you
first, when I saw that PINK FLOYD themselves were able to resolve their personal differences and reunite. I
thought that the People (like us) that copy them,
should at least be able to do the same. I think that in some way you would agree with me
On that.

Should you wish to speak with Steve first (as you have many times before) You may if this
Is more comfortable for you. HOWEVER, It is NOT an invitation for anyone to go to him or
To bother him (or anyone else), as he or they have Or never have had any involvement, so PLEASE
understand and respect that.

I will assume that you may want to discuss this with the others, so I don't expect an immediate response.
You can contact me when you are ready to talk.

Thank you,

Arthur

Saturday, June 25, 2005 America Online: TheMood2