UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539-JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER,<br>Plaintiffs<br><br>v.<br><br>ARTHUR ORFANOS,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S REQUEST FOR HEARING ON PLAINTIFFS MOTION FOR ATTORNEYS' FEES AND COSTS

NOW COMES the Defendant in the above-captioned matter and respectfully Request a Hearing to defendant against Plaintiff's Motion for attorneys' fees and costs.

WHEREFORE, the Defendant respectfully requests this Honorable Court schedule a Hearing on the Plaintiff's Motion.

Dated October 24, 2006

Respectfully submitted,
Arthur Orfanos

_____
Arthur Orfanos
54 Egerton Rd
Arlington MA, 02474
781 646 4623

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539-JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER, Plaintiffs | )<br>)<br>)<br>)<br>)<br>) |
| v. | ) |
| ARTHUR ORFANOS, Defendant | )<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true copy of the within Defendant's request for hearing on Plaintiff's motion was this day served upon Plaintiffs by mailing same first class Postage prepaid to: Michael B. Newman, Attorney of Plaintiff, of Clark, Hunt and Embry, 55 Cambridge Parkway, Cambridge MA, 02141.

SIGNED under the pains and penalties of perjury

_____
Arthur Orfanos, pro se litigant

October 24, 2006