# EXHIBIT A

Case 1:04-cv-11539-JLT    Document 51-2    Filed 11/01/2006    Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539-JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER, **Plaintiffs** | )<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| ARTHUR ORFANOS, **Defendant** | )<br>)<br>) |

## AFFIDAVIT OF DEFENDANT, ARTHUR ORFANOS, IN SUPPORT OF SUPPLEMENT TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS

I, Arthur Orfanos, under oath, do hereby depose and state the following;

1. I am the defendant in the above named case.

2. Since about Mid February, 2006 I have been representing myself in this lawsuit. I received no notification from anyone to appear at the February 9, 2006 hearing. The result has placed me in a most unfortunate and unfair position.

3. I have no experience or education with the practice of law, but I have been placed in a most unfortunate situation as a result of this action

4. I have tried my best to interpret the law and abide by the rules of civil Procedure and practice, even though I am not trained or experience in such matter.

1

5. I am currently unemployed, I have no money or other resources and therefore am not able to retain a qualified professional to properly represent me. I have spent a great deal of time in attempting to bring this matter to an end. In my opinion, it appears that the Plaintiffs have no intentions of ending or resolving this matter until they have destroyed me in any way possible.

6. I am submitting this statement as support of my motions in objection to The Plaintiffs' requests for Attorney fees and costs.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 20th DAY OF October 2006

Arthur Orfanos

2