# EXHIBIT B

# THE LAW OFFICES OF MARK E. PELOSKY, P.C.

375 Broadway, Suite 207, Chelsea, Massachusetts 02150

**www.theimmigrantsattorney.com**          **mpelosky@lycos.com**

Fax (617) 884 1654

Tel. (617) 884 8100    (877) 884 5529          (617) 291 6645

December 20, 2004

Mr. Arthur Orfanos
54 Egerton Road
Arlington, MA 02474

RE:    **Stickle et al. vs. Orfanos**
       **Case No. 04 11539 JLT**

Dear Mr. Orfanos:

Attached please find a bill for legal services rendered. Kindly now remit full payment of all monies owed, plus an additional $ 2,000 to maintain your Account.

Also enclosed is a copy of earlier correspondence I mailed to you but never received a response to. Please review same, sign and mail me the original along with your payment.

Please review, process, administer and record same. Time is of the essence. Your prompt attention to this is greatly appreciated.

If you have any questions or concerns, please contact me. Thank you.

Regards,

Mark E. Pelosky, Esq.

Attachments

## IN RE: INTELLECTUAL PROPERTY LITIGATION - ORFANOS

| DATE | | TIME (min.) | | SUBSTANCE |
|---|---|---|---|---|
| 7/11/2004 | | 80 | | Meet with client and others; Review documentation; Strategize and advise; Notes to file |
| 7/12/2004 | | 35 | | Telephone conferences with Court and client; Strategize and advise |
| 7/14/2004 | | 25 | | Receive, review and respond to emails from client |
| 7/15/2004 | | 15 | | Telephone conference with client; Telephone message to Plaintiff's Counsel; Strategize and advise |
| 7/16/2004 | | 25 | | Telephone conferences with Plaintiff's Counsel and client; Strategize and advise; Notes to file |
| 7/17/2004 | | 15 | | Telephone conference with client and friend; Strategize and advise |
| 7/19/2004 | | 20 | | Review file; Research law and procedure; Telephone conference with Court Clerk; Notes to file |
| 7/20/2004 | | 20 | | Telephone conference with opposing counsel; Notes to file |
| 7/20/2004 | | 70 | | Meet with client and friend; Strategize and advise; Notes to file |
| 7/21/2004 | | 10 | | Telephone conference with client; Strategize and advise; |
| 7/26/2004 | | 15 | | Telephone conference with Plaintiff's Atty; Notes to file |
| 7/27/2004 | | 20 | | Telephone conference with client; Strategize and advise; Telephone message to Plaintiff's Atty; Notes to file |
| 7/29/2004 | | 10 | | Review file; Telephone conference with Court Clerk; Notes to file |
| 7/30/2004 | | 25 | | Telephone conference with Plaintiff's Atty and client; Strategize and advise; Notes to file |
| 7/30/2004 | | 15 | | Telephone conferences with client; Strategize and advise |

| | | | | |
|---|---|---|---|---|
| 8/3/2004 | | 30 | | Telephone conference with court clerk; Draft and mail correspondence |
| 8/5/2004 | | 25 | | Telephone conference with client and with Plaintiff's Counsel; Strategize and advise; Notes to file |
| 8/9/2004 | | 15 | | Telephone conferences with client; Meet with client; Strategize and advise; Notes to file |
| 8/12/2004 | | 10 | | Telephone conference with client |
| 8/15/2004 | | 20 | | Receive and review correspondence from Plaintiffs; Draft and mail correspondence to client |
| 8/19/2004 | | 10 | | Telephone conference with court clerk; Notes to file |
| 8/19/2004 | | 15 | | Telephone conference with client; |
| 8/20/2004 | | 5 | | Telephone conference with client |
| 8/20/2004 | | 15 | | Telephone conference with client; Receive and review fax; Draft fax cover and fax to Plaintiff's Atty |
| 8/22/2004 | | 85 | | Meet with client and friend; Strategize and advise |
| 8/23/2004 | | 560 | | Review file, Research law and procedure; Draft Answer and Counterclaims to Complaint; Draft Opposition to Motion for Preliminary Injunction; Draft cover letter; Draft Notice of Appearance; Draft Certificate of Service; Draft Request for Hearing; Receive and review Emails; Telephone conferences with client; Notes to file; Travel to Court to timely file same |
| 8/24/2004 | | 30 | | Review file; Copy and prepare packages for mailing and mail same; Telephone conferences with client |
| 8/25/2004 | | 15 | | Telephone conferences with client; Telephone message to Court clerk; Notes to file |
| 8/26/2004 | | 10 | | Telephone conference with court clerk; Notes to file |
| 8/27/2004 | | 15 | | Telephone conferences with client |
| 8/30/2004 | | 10 | | Telephone conference with client |
| 9/7/2004 | | 25 | | Telephone conferences with client |
| 9/28/2004 | | 60 | | Meet with client, Review file, Telephone conference with court and with Plaintiff's counsel; Strategize and advise; Notes to file |
| 9/28/2004 | | 90 | | Review file, Research law and procedure; Prepare for Motion hearing; Notes to file |

| Date | | | | Description |
|---|---|---|---|---|
| 9/29/2004 | | 150 | | Travel to and appear at Court for Motion Hearing; Meet with client, witnesses and family; Argue to defend against Motion; Strategize and advise; Notes to file |
| 10/6/2004 | | 15 | | Review file; Telephone conference with Plaintiff's Counsel, and Court Clerk; Notes to file; Telephone message to client |
| 10/6/2004 | | 35 | | Telephone conferences with client and friend; Receive and review fax; Draft fax cover and fax to client; Notes to file |
| 10/8/2004 | | 140 | | Receive, review and respond to client's email; Research law and procedure; Draft opposition to and objection to Plaintiff's proposed ORDER for injunction; Draft fax cover; Draft cover letter; Draft certificate of service; Fax and mail same. |
| 10/27/2004 | | 15 | | Review file; Telephone conferences with court clerks; Notes to file |
| 10/27/2004 | | 20 | | Telephone conferences with client; Receive and review fax; Notes to file |
| 10/27/2004 | | 145 | | Review file; Research law and procedure; Draft Supplement to Plaintiff's proposed Injunction; Draft cover letter to court and certificate of service; Draft fax cover; Fax and mail same; |
| 10/28/2004 | | 15 | | Receive, review and reply to client's email |
| 11/3/2004 | | 25 | | Telephone conference with client; Strategize and advise; Notes to file |
| 11/4/2004 | | 10 | | Telephone conference with client |
| 11/4/2004 | | 10 | | Telephone conference with court clerk; Notes to file |
| 11/5/2004 | | 30 | | Receive and review correspondence from Court; Telephone conference with client; Strategize and advise; Draft and mail correspondence to client; Notes to file |
| 11/8/2004 | | 15 | | Telephone conference with client |
| 11/11/2004 | | 35 | | Receive and review fax; Telephone conference with client and friend; Strategize and advise; Notes to file |
| 11/14/2004 | | 10 | | Receive, review and reply to Email; Visit websites; |

| | | | | |
|---|---|---|---|---|
| 11/15/2004 | | 15 | | Telephone conference with client and friend; Telephone message to opposing counsel |
| 11/16/2004 | | 5 | | Telephone message to opposing Counsel; Note to file |
| 11/17/2004 | | 5 | | Telephone message to opposing counsel |
| 11/17/2004 | | 15 | | Telephone conference with opposing counsel; Notes to file |
| 11/17/2004 | | 50 | | Review file;' Telephone message to client; Draft correspondence to opposing counsel; Draft fax cover; Draft correspondence to client; Fax and mail same |
| 11/18/2004 | | 20 | | Telephone conference with client; Notes to file |
| 12/15/2004 | | 25 | | Telephone conference with client, and friend |
| 12/15/2004 | | 20 | | Receive and review correspondence; Draft and mail correspondence to client |
| 12/19/2004 | | 25 | | Telephone conferences with client; Notes to file |
| 12/20/2004 | | 10 | | Telephone conference with client; |
| 12/20/2004 | | 195 | | Review file; Research law and procedure; Strategize; Draft Opposition to Plaintiff's Motion for Contempt; Identify and prepare Exhibits; Draft cover letter to Court; Draft Certificate of Service; Fax and mail same |
| | | 2500 | | |

| | | | | |
|---|---|---|---|---|
| TOTAL TIME | | 2500 | | 2500 minutes = 41.6 hours X $ 250 per hour = $10,400.00 |
| MINUS DISCOUNT / CREDIT TO CLIENT | | | | 41.6 hours X $ 140 per hour = $ 5,824.00 owed = $4,576.00 DISCOUNT / CREDIT TO CLIENT |
| | | | | |
| CLIENT EXPENSES | | | | |
| Copies | | $88.20 | | |
| Copies | | $15.29 | | |
| Fax | | $33.20 | | |
| Postage | | $56.77 | | |
| Telecom | | $10.00 | | |

| | | | | |
|---|---|---|---|---|
| Travel | | $9.00 | | |
| Park | | $27.00 | | |
| Tolls | | $9.00 | | |
| Misc. | | $10.00 | | |
| TOTAL CLIENT EXPENSES | | $258.46 | | $258.46 |
| | | | | |
| TOTAL AMOUNT OF CURRENT BILL | | | $ 5,824.00 + $ 258.46 = $ 6082.46 | |
| | | | | |
| MINUS PREVIOUS PAYMENTS | | | | 2,000.00 |
| AMOUNT CURRENTLY OWED (12/20/4) | | | | $4,082.46 |
| | | | | |

Please remit full payment of all monies owed immediately.  Thank you.