UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

CASE NO. 04-11539-JLT

U.S. DISTRICT COURT
DISTRICT OF MASS.

WALTER STICKLE, ANTHONY )
CALIENDO, JOHN PITINGOLO and )
DANIEL FISHER, )
Plaintiffs )
)
)
)
v. )
)
ARTHUR ORFANOS, )
Defendant )
)

### DEFENDANTS' MOTION SEEKING ORDER TO COMPEL PLAINTIFFS TO PRODUCE REQUESTED DOCUMENTS

NOW COMES the Defendant in the above-captioned matter and respectfully moves this Honorable Court to compel the Plaintiffs to comply with his reasonable request to produce documents. In support of this motion, the Defendant respectfully states as follows:

1. The Defendant submitted his opposition to Plaintiffs motion seeking Attorneys' fees on or about October 24, 2006.

2. The Defendant filed motion for a hearing on the Plaintiffs' motion seeking attorneys' fees and costs on or about October 24, 2006.

3. The Defendant submitted his supplement and update to his original motion on or about October 30, 2006.

4. On or about October 27, 2006, the Defendant requested specific Documents detrimental to this matter.

5. The Plaintiffs' have acted in bad faith, presenting false and misleading Testimony to the Honorable court in motion for Attorneys' fees and costs dated October 17, 2006 (¶ 8 ¶ 9).

6. The Plaintiffs have not presented any factual evidence in support of their Claims and the Defendant has made reasonable request for the following;

   (i) Copies of any correspondence sent to the Defendant from Plaintiffs' Attorney pertaining to February 9, 2006 hearing.

   (ii) Copy of letter written or prepared to Attorney Mark Pelosky, (As indicated in exhibit A of Plaintiffs' motion filed)

       (a) The Defendant respectfully reminds the court that he was not represented by Attorney Pelosky during that time.

   (iii) Copy of fee agreement with clients

   (iv) Phone records and correspondence with respect to contacting the Defendant prior to July 9, 2004 (before filing legal action).

7. No effort was made by the Plaintiffs to comply with this reasonable Request, or communicate to the Defendant that additional time may have been required to provide these documents; it appears that their intentions are to blatantly ignore the Defendant.

8. The Defendant now respectfully requests that this Honorable Court order Plaintiffs to produce documents reasonably requested. A copy of the Defendant's correspondence is attached as exhibit A.

9.  The Defendant respectfully suggests that the Honorable Court take into Consideration that the Plaintiffs have acted in bad faith , perhaps to cause further delay, or other to these proceedings.

10. The Defendant respectfully reminds the Honorable Court that at no time during this matter has he acted negligently, and has acted in good faith.

WHEREFORE, the Defendant respectfully moves this Honorable Court to grant his Motion for an order to compel The Plaintiffs to comply with his reasonable request to Produce requested documents.

Dated November 6, 2006

respectfully submitted,
Arthur Orfanos

Arthur Orfanos
54 Egerton Rd
Arlington MA, 02474
781 646 4623

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539-JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER, Plaintiffs | ) ) ) ) ) ) ) |
| v. | ) ) |
| ARTHUR ORFANOS, Defendant | ) ) ) |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true copy of the within Defendant's motion Requesting order to compel Plaintiffs to produce documents was this day served upon Plaintiffs by mailing same first class Postage prepaid to: Michael B. Newman, Attorney Of Plaintiff, of Clark, Hunt and Embry, 55 Cambridge Parkway, Cambridge MA, 02141.

SIGNED under the pains and penalties of perjury

November 6, 2006

_____
Arthur Orfanos/ pro se litigant

4