# EXHIBIT A

Case 1:04-cv-11539-JLT   Document 52-2   Filed 11/07/2006   Page 1 of 3

Arthur Orfanos
54 Egerton Rd.
Arlington, MA 02474

Michael B. Newman
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge MA, 02141

October 26, 2006

Re: <u>Walter Stickle, et al. v. Arthur Orfanos</u>
<u>Case No. 04-11539-JLT</u>

Dear Attorney Newman;

I am writing to request the following;

1. Copies of any correspondence sent to me, from your office pertaining to the February 9. 2006 Status conference hearing.

2. Copies of letter to Mark Pelosky, written or prepared on March 10, 2006 (As indicated in exhibit A of Plaintiffs' motion for attorney fees and costs)

3. Fee agreement with your clients

4. Phone records and writings with respect to contacting me prior to July 9, 2004 (Or any such time) before filing legal action.

Kindly send me these documents no later than November 3, 2006. Your attention in this matter is greatly appreciated.

Regards,

Arthur Orfanos

cc;
Civil Clerk's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)
Mitchell

C. Date of Delivery
10/30/06

1. Article Addressed to:

Clark, Hunt + Embry
c/o Michael B. Newman
55 Cambridge Parkway
Cambridge, MA [redacted]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0001 5516 2381

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540