# Clark, Hunt and Embry

ATTORNEYS AT LAW
55 CAMBRIDGE PARKWAY
CAMBRIDGE, MASSACHUSETTS 02142
617-494-1920
TELECOPIER 617-494-1921

STEPHEN S. CLARK
BRUCE J. EMBRY
WILLIAM J. HUNT
WILLIAM F. AHERN, JR.
HENRY W. CLARK
JAMES T. BUCHANAN

DAVID GRAY HANSON, Of Counsel

MICHAEL B. NEWMAN
CHERYL CAMERON LEARY
DIANE SWIERCZYNSKI
EMANUEL J. MARKIS
JOSHUA D. KRELL
DAVID J. BURBRIDGE
CHRISTOPHER A. MYER
DEBORAH M. BIES
ANDREA M. YOUNG
EDWARD A. PRISBY
MANDI JO JASTREMSKI
STACEY A. WARD

June 15, 2004

**VIA FEDERAL EXPRESS**

Arthur Orfanos
54 Egerton Road
Arlington, MA 02474

Re: **Stickle et al. v. Orfanos**

Dear Mr. Orfanos:

Kindly be advised that I represent Walter Stickle, John Pitingolo, Daniel Fisher and Tony Caliendo. These four individuals comprise the band Pink Voyd. More important, they are the owners of the name Pink Voyd.

It has come to my attention that you are attempting to register the name Pink Voyd at the Patent and Trademark Office for your own use. You have no right to do so.

It has also come to my attention that you are claiming to be the owner of the trademark and are advising individuals and entities, including Strawberry's and the Chevalier Theatre, that my clients are not the owners. It is my further understanding that you have attempted or have registered the domain names pinkvoyd.net and/or pinkvoyd.us, even though my clients are the rightful owners of pinkvoyd.com.

The purpose of this letter is to order you to **CEASE AND DESIST** such conduct immediately.

Be further advised that we consider your conduct to constitute tortious interference with contractual relations, a violation of the Lanham Act, a violation of the laws pertaining to trademark and related state statutes. If your conduct does not immediately **CEASE AND DESIST**, we will institute litigation against you. This litigation will include demands for substantial damages and attorney fees.

Sincerely,

William J. Hunt

WJH/smt