UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WALTER STICKLE, et al., | * | |
| | * | |
| Plaintiffs/Defendants-in-Counterclaim, | * | |
| | * | |
| v. | * | Civil Action No. 04-11539-JLT |
| | * | |
| ARTHUR ORFANOS, | * | |
| | * | |
| Defendant/Plaintiff-in-Counterclaim. | * | |

ORDER

December 11, 2006

TAURO, J.

After a conference held on December 11, 2006, this court hereby orders that:

1. Plaintiffs' Motion for Attorneys' Fees and Costs [#47] is ALLOWED; Defendant is liable to Plaintiffs in the amount of $32,270 in fees and costs.

2. Defendant's Motion for Hearing [#50] is ALLOWED.

3. Defendant's Motion for an Order to Compel Plaintiffs to Produce Requested Documents [#52] is DENIED.

4. Defendant's Motion to Deny and Dismiss the Request Seeking Attorneys' Fees and Costs as Frivolous [#54] is DENIED.

5. Defendant's Motion for Sanctions Against Plaintiffs for Submitting False and Misleading Statements [#55] is DENIED.

6. The case is referred to a M.J. Alexander for a debtor's exam.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge