UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04 11539 JLT

|  |  |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER,<br>    Plaintiffs<br><br>v.<br><br>ARTHUR ORFANOS,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This Court hereby orders that:

1. The defendant shall not file any pleadings or other documents with this Court in this matter, nor send any discovery requests or other documents to the plaintiffs, unless the defendant has obtained the prior approval of this Court. To obtain such approval, the defendant must file a motion with the court setting forth in detail the nature of the pleading or other document sought to be filed or sent, a copy of the proposed pleading or document, and an explanation of why the pleading or document has a legal basis and is reasonable and appropriate.

2. The defendant shall pay to the Clerk of this Court a penalty in the amount $_____ to address the unnecessary time, expense, and administrative burdens that his unreasonable conduct has imposed upon this Court.

IT IS SO ORDERED.

_____
Judge Joseph L. Tauro