UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2007 FEB 14 P 12: 19  CASE NO. 04-11539-JLT

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER, Plaintiffs | )<br>)<br>)<br>)<br>)<br>) |
| v. | ) |
| ARTHUR ORFANOS, Defendant | )<br>)<br>)<br>) |

### DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION

### TO EXTEND TIME FOR FILING PROPOSED PLAN

NOW COMES the Defendant in the above-captioned matter and respectfully Move this Honorable Court to deny plaintiffs motion to extend time for filing proposed plan. In support of this motion the Defendant states the following:

1. Both parties agreed that no further motions would be filed with regard to This case. It was the understanding of the Defendant that both parties would abide by the Honorable court's direction with respect to this matter.

2. The Honorable court gave the Plaintiffs' counsel the February 13, 2007 deadline to submit a proposal. The Plaintiffs' request for an extension of time is unreasonable and frivolous. It appears to be an attempt to cause further delay and expense to both parties unnecessarily.

3.  The Defendant has acted in good faith throughout this matter and Respectfully requests that this Honorable court deny the Plaintiffs' motion to extend time for filing a proposed plan.

WHEREFORE, the Defendant respectfully requests that the Plaintiff's motion to extend time for filing propose plan is denied.

Dated February 12, 2007

respectfully submitted,
Arthur Orfanos / pro se litigant

_____
Arthur Orfanos
54 Egerton Rd
Arlington MA, 02474
781 646 4623

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539-JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER,<br>Plaintiffs<br><br>v.<br><br>ARTHUR ORFANOS,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true copy of the within Defendant's opposition to Plaintiffs' motion to extend time for filing proposed plan was this day served upon Plaintiffs by mailing same first class Postage prepaid to: Michael B. Newman, Attorney of Plaintiff, of Clark, Hunt and Embry, 55 Cambridge Parkway, Cambridge MA, 02141.

SIGNED under the pains and penalties of perjury

Dated February 12, 2007

Arthur Orfanos/ pro se litigant

3