UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539-JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER, **Plaintiffs** | ) ) ) ) ) ) ) |
| v. | ) ) ) |
| ARTHUR ORFANOS, **Defendant** | ) ) ) ) |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' PROPOSED PAYMENT PLAN**

NOW COMES the Defendant in the above-captioned matter and respectfully Submits his response to Plaintiff's proposed payment plan:

1. On January 30, 2007, The Honorable court stated that the Plaintiffs' submit a proposed payment plan by February 13, 2007. The court informed me that I would have 7 days to respond.

2. Respectfully, I wish to state that due to my current situation, I am not financially capable to bear the burden or incur any further debt or expenses. I am not able to pay the amount in which the Plaintiffs' seek and/or have submitted to the court; such a proposal is not feasible. If this burden if placed upon me, it may possibly result in financial devastation to my family.

WHEREFORE, the Defendant respectfully prays that this Honorable court:

Deny the Plaintiff's proposed payment plan; or as an alternative take into reconsideration to rescind or remove its previous decision entered against the Defendant for attorney fees and cost.

Dated February 16, 2007

respectfully submitted,
Arthur Orfanos / pro se litigant

Arthur Orfanos
54 Egerton Rd
Arlington MA, 02474
781 646 4623

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539-JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER, Plaintiffs | ) ) ) ) ) ) ) |
| v. | ) ) |
| ARTHUR ORFANOS, Defendant | ) ) ) |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true copy of the within Defendant's Response to Plaintiffs' proposed plan was this day served upon Plaintiffs by mailing same first class Postage prepaid to: Michael B. Newman, Attorney of Plaintiff, of Clark, Hunt and Embry, 55 Cambridge Parkway, Cambridge MA, 02141.

SIGNED under the pains and penalties of perjury

Dated February 16, 2007

Arthur Orfanos, pro se litigant

3