Arthur Orfanos
54 Egerton Rd.
Arlington, MA 02474

Civil Clerk's Office
United States District Court
  District of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

March 28, 2007

       Re:    **Stickle et al. v. Orfanos**
               Case No. 04-11539-JLT

Dear Civil Clerk's Office

With respect to the above matter;

I was informed by the Law Offices of Clark, Hunt & Embry that an order has been entered against me on or about February 15, 2007.

I have not received any such notice from the Honorable court about this. This letter is to serve as a request for a copy of any such order.

Your attention in this matter is greatly appreciated.

Sincerely,

Arthur Orfanos

Cc: Michael B. Newman

Arthur Orfanos
54 Egerton Rd
Arlington, MA 02474

Michael B. Newman
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142

March 28, 2007

Dear Attorney Newman,

As per our telephone conversation today and in response to your letter dated March 22, 2007; I have not received any notice from the Federal Court with regards to making payments. I will send a request to the Honorable court for a copy of any such notice.

As I stated, I cannot afford to pay the amount in which you seek and therefore respectfully request that the amount (if any) be modified. I will contact William Hunt as soon as possible to discuss this.

Thank you,

Arthur Orfanos

Cc; Civil Clerk's Office