Arthur Orfanos
54 Egerton Rd
Arlington, MA 02474

William Hunt
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142

FILED
IN CLERKS OFFICE
2007 APR 10  P 12: 49
U.S. DISTRICT COURT
DISTRICT OF MASS.

Re:  **Stickle et al v. Orfanos**
Docket No. 04-1411539-JLT

April 9, 2007,

Dear Attorney Hunt,

With reference to my letter dated March 28, 2007, and to our telephone conversation on April 4, 2007;

With respect to the above matter, I cannot afford to pay the amount noted in the court order.

Respectfully I wish to discuss with you modifying this amount. Time is of the essence; please contact me as soon as possible so that we may discuss this. I await your timely response.

Sincerely,

Arthur Orfanos

Cc; Civil Clerk's Office