UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539-JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER, Plaintiffs | )<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| ARTHUR ORFANOS, Defendant | )<br>)<br>)<br>) |

### DEFENDANT'S MOTION REQUESTING RECONSIDERATION FOR PAYMENT MODIFICATION

NOW COMES the Defendant in the above-captioned matter and respectfully Moves this Honorable Court for payment modification. In support of this motion the Defendant respectfully states the following;

1. Due to my financial condition I am not able to pay the amount that was previously entered against me.

2. It is likely that I will have to file for Bankruptcy.

3. I am requesting that the Honorable Court reconsider the previous order entered against me and modify payments to the amount of $25.00 (Twenty Five Dollars) per month.

WHEREFORE, the Defendant respectfully requests that Honorable Court enter an order which modifies payment to the amount of $25.00 (Twenty Five Dollars) per month

Dated April 25, 2007                    respectfully submitted,
                                        Arthur Orfanos


                                        _____
                                        Arthur Orfanos
                                        54 Egerton Rd
                                        Arlington MA, 02474
                                        781 646 4623

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539-JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER,<br>**Plaintiffs**<br><br>v.<br><br>ARTHUR ORFANOS,<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

The undersigned herby certifies that a true copy of the within Defendant's Motion Requesting reconsideration for payment modification was this day served upon Plaintiffs by mailing same first class Postage prepaid to: William Hunt, Attorney of Plaintiff, of Clark, Hunt and Embry, 55 Cambridge Parkway, Cambridge MA, 02141.

SIGNED under the pains and penalties of perjury

Dated April 25, 2007

Arthur Orfanos

3