UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04 11539 JLT

_____
)
WALTER STICKLE, ANTHONY )
CALIENDO, JOHN PITINGOLO and )
DANIEL FISHER, )
    Plaintiffs )
)
v. )
)
ARTHUR ORFANOS, )
    Defendant )
_____)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly enter my appearance as counsel for the plaintiffs, Walter Stickle, Anthony Caliendo, John Pitingolo and Daniel Fisher, with respect to the above-captioned matter.

Respectfully submitted.

**CLARK, HUNT & EMBRY**

*/s/Young B. Han*
_____
Young B. Han
55 Cambridge Parkway
Cambridge, MA 02142
B.B.O. No. 664126
(617) 494-1920

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the within document was served upon the defendant, Arthur Orfanos, by mail this 9th day of May, 2007.

*/s/ Young B. Han*
_____
Young B. Han

2