UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04 11539 JLT

|  |  |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER,<br>        Plaintiffs<br><br>v.<br><br>ARTHUR ORFANOS,<br>        Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly withdraw my appearance as counsel for the plaintiffs, Walter Stickle, Anthony Caliendo, John Pitingolo and Daniel Fisher, with respect to the above-captioned matter.

Respectfully submitted.

**CLARK, HUNT & EMBRY**

*/s/ Michael B. Newman*

Michael B. Newman
55 Cambridge Parkway
Cambridge, MA 02142
B.B.O. No. 632222
(617) 494-1920

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the within document was served upon the defendant, Arthur Orfanos, by mail this 9th day of May, 2007.

*/s/ Michael B. Newman*
_____
Michael B. Newman