# Exhibit A

Case 1:04-cv-11539-JLT    Document 70-2    Filed 05/29/2007    Page 1 of 5

# ARLINGTON POLICE
# ARLINGTON, MA
## Incident Report #5002866

Page 1 of 2

Approved For Public View                Date/Time Printed: Fri Dec 01 13:05:18 EST 20 By: conroy

| Case Title | Location |
|---|---|
| ALLEGED THREATS | 54 EGERTON RD |
| Date/Time Reported | Date/Time Occurred |
| 02/18/2005 16:37:00 | 02/17/2005 12:00:00 to 02/17/2005 17:00:00 |
| Incident Type/Offense | |
| THREATS (9250) | |

### Persons

| | Role | Name | Sex | Race | Age | DOB | Home Phone | Address |
|---|---|---|---|---|---|---|---|---|
| 1 | REPORTING PERSON | ORFANOS, ARTHUR | MALE | WHITE | 41 | 06/13/1963 | 7816464623 | 54 EGERTON RD ARLINGTON, MA |
| 2 | INVOLVED PARTY | PITINGOLO, JOHN R | MALE | WHITE | 43 | 11/07/1961 | 781-646-7478 | 98 HARLOW ST ARLINGTON, MA |

### Offenders

| Status | Name | Sex | Race | Age | DOB | Home Phone | Address |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

### Vehicles

| Role | Type | Year | Make | Model | Color | Reg # | State |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Stolen $ | Rec Code | Date Rec | Rec $ | Rec By |
|---|---|---|---|---|
| | | | | |

### Property

| Class | Description | Make | Model | Serial # | Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

### Narrative

On the above named date and time, while assigned to Sector 4, this officer was dispatched to the station lobby for a report of threats. Upon arrival this officer spoke with the reporting party, Arthur Orfanos, who stated that he had been threatened by John Pitingolo through his brother, Steven Orfanos. Mr. Orfanos explained that he has been involved in an ongoing federal lawsuit with Mr. Pitingolo and that there have been other threats (see incident #4010564 and incident #40115778). Mr. Orfanos does not place much credibility in the threats and believes that Mr. Pitingolo is just trying to harass him due to the lawsuit. Mr. Orfanos just wants to have a report placed on file at this time in case there are future problems with Mr.
                    (Continued on next page)

| Reporting Officer | Reviewing Officer | Approving Officer |
|---|---|---|
| KIERNAN J (3208) | FLAHERTY J (2685) | MCKENNA F (3645) |

# ARLINGTON POLICE
# ARLINGTON, MA
# Incident Report #5002866

Page 2 of 2

proved For Public View          Date/Time Printed: Fri Dec 01 13:05:18 EST 20 By: conroy

| ase Title | Location |
|---|---|
| ALLEGED THREATS | 54 EGERTON RD |
| Date/Time Reported | Date/Time Occurred |
| 02/18/2005 16:37:00 | 02/17/2005 12:00:00 to 02/17/2005 17:00:00 |
| Incident Type/Offense | |
| THREATS (9250) | |

### Persons (Continued from page 1)

| | Role | Name | Sex | Race | Age | DOB | Home Phone | Address |
|---|---|---|---|---|---|---|---|---|
| 3 | INVOLVED PARTY | ORFANOS, STEVEN | MALE | WHITE | 40 | 11/03/1964 | 781-646-6060 | 16 MILTON STREET ARLINGTON, MA |

### Offenders

| Status | Name | Sex | Race | Age | DOB | Home Phone | Address |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### Vehicles

| Role | Type | Year | Make | Model | Color | Reg # | State |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Stolen $ | Rec Code | Date Rec | Rec $ | Rec By |
|---|---|---|---|---|
| | | | | |

### Property

| Class | Description | Make | Model | Serial # | Value |
|---|---|---|---|---|---|
| | | | | | |

### Narrative (Continued from page 1)

Pitingolo. Mr. Orfanos was advised to contact the station if he required any further assistance. Dispatch ran Warrant and BOP checks on both parties (see attached).

| Reporting Officer | Reviewing Officer | Approving Officer |
|---|---|---|
| KIERNAN J(3208) | FLAHERTY J(2685) | MCKENNA F(3645) |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539-JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER, **Plaintiffs** | ) ) ) ) ) ) |
| v. | ) ) |
| ARTHUR ORFANOS, **Defendant** | ) ) ) |

### AFFIDAVIT OF STEVEN ORFANOS IN SUPPORT OF THE DEFENDANT'S OPPOSITION TO THE PLAINTIFFS MOTION TO PRECLUDE FURTHER FILINGS AND TO IMPOSE PENALTY

I, Steven Orfanos, under oath, do hereby depose and state the following;

1. I am the brother of the Defendant in the above named case.

2. I am aware of the current litigation has been going on between my brother and his former band mates.

3. I live and work in Arlington Massachusetts. Both prior to and during this lawsuit, Plaintiff's Caliendo and Pitingolo have called and visited me at my place of work to speak to me with regard to this matter. Before they filed the lawsuit, I told them they should call Arthur and talk to him.

4. The Plaintiffs' told me that they were going to hire lawyers to go after my brother Arthur and sue him, whether he had money or not and it didn't matter if he had anything they were going to do what they could, even if it were only to ruin him.

5.      Plaintiffs' made specific comments and or threats to destroy my brother in anyway possible, namely, that their attorney told them that they can fix things in order to make Arthur pay them.

6.      On or about February 17, 2005 Plaintiff Pitingolo visited my place of work. He stated that his brother was going to kill Arthur, and that "the other guys", were going to have the person that helps Arthur with his website killed or beaten up and that Tony Caliendo said that he was going to pay someone to have one of Arthur's witnesses beaten.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 4th DAY OF December 2006

_____
Steven Orfanos

_____
Notary Public

RICHARD F. PENKALA
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires Oct. 10, 2008

2