Exhibit B

Subj: **Fw: Please Cease**
Date: 11/15/04 1:29:57 PM Eastern Standard Time
From:
To:
*Sent from the Internet*


----- Original Message -----
From:
To:
Sent: Monday, November 15, 2004 12:21 PM
Subject: Please Cease

Attn: COLORFAST
Hi, John from Pink Voyd here, I sent this earlier,
dont know if you recieved it. Attached is the FEDERAL
COURT ORDER (Civil Action No. 04-11539-JLT) issued to
Mr. Arthur Orfanos (The Mood) on November 2, 2004, by
United States District Judge Joseph L. Tauro. Mr.
Orfanos has had a lengthy history of harassing us
which culminated this past May with attempted
extortion/blackmail. We contacted legal council and
took proper legal measures to ensure this pattern of
harassment stops. Mr. Orfanos is now in contempt of
this court order.  We noticed a post on your website
aimed at a member of our band. We feel that you are
unaware of how Mr. Orfanos is using your website to
further harass us. We have no qualm against you or
your website and DO believe that you are not aware of
what  Mr. Orfanos is really up to. Please confirm
message recieved and feel free to ask any questions.



or contact our attorney.

Michael B. Newman, Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
Tel: (617)494-1920
Fax: (617)494-1921
Email:

Thanks
John Pitingolo
PINK VOYD



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WALTER STICKLE, JOHN PITINGOLO, TONY CALIENDO, DANIEL
FISHER (PINK VOYD)

Plaintiffs/ *
Defendants-in- *

Monday, November 15, 2004    America Online: TheMood2