Exhibit C



Monday, 6. September 2004 12:25 PM
Thank you for stopping by my site. Here you can leave your mark.

Sign the Guestbook | Administration

Guestbook ▼ Go

Total Records:    Records Viewed Per Page:

Next Page ▶▶

| Name | Comments |
|---|---|
| **31)** **ockshabot** ocker@yahoo.com.au Location: - | Monday, 6. September 2004 08:41 AM  Host: ca12-ch01-bl07.mo-stlouis0.sa.earthlink.net<br><br>so we are getting one side of the story from this site does anyone know where i can get the other side of said story ,because there is always 2 sides to any story some maye be full of bs on either side id like to see/hear both if possible<br><br>Arthur Orfanos:<br>You were instructed in a legal demand letter not to have any direct contact with me and/or my family. I am printing this page to document this event, I'll allow you to do the same.<br><br>This post will be deleted within 24 hours |
| **30)** **Me** TheMood2@aol.com Location: - | Wednesday, 1. September 2004 09:05 PM  Host: cache-dtc-ac08.proxy.aol.com<br><br>Hello to everyone, HAPPY SEPTEMBER !! |
| **29)** **J.R. Pitingolo** skeevedout@yahoo.com Location: - | Monday, 21. June 2004 04:11 PM  Host: LL.PROXY.LL.MIT.EDU<br><br>Attn. Arthur Orfanos<br>I am writing this e-mail as a formal request that you immediately remove my photograph and also all other photographs of Pink Voyd personnel, ie, Mr. Anthony Caliendo, Mr. Daniel Fisher and Mr. Eamon Tighe. Also<br>remove any and all references to addresses and/or locations concerning Pink Voyd. There is also the matter of my original artwork (excluding the "Faceless Salesman in the Desert"). If you are going to continue to use my original artwork, you must credit them as<br>follows: "Graphics by John Pitingolo, Pink Voyd" with a link to . If you do not oblige to this or object to these terms then immediately remove my artwork from this website. If you have any questions do NOT contact me or any other Pink Voyd<br>personnel, We suggest you contact our Attorney, You have his contact info.<br><br>John Pitingolo<br>Pink Voyd<br><br>Arthur Orfanos:<br>To: John Pitingolo, Thank you for posting an entry on to the guestbook finally under your real name and not with an alias. The information you requested will be submitted to our web administration. However, they prefer this be submitted as a formal request to me via email so that I may forward it to them with appropriate instructions. Please be advised that this process may take up to 30 (Thirty) days. email: Themood2@aol.com. Thank you again for taking an interest in Pink Voyd(TM).<br><br>btw- Details of your post have sparked my personal interests:<br><br>1. Are you suggesting that the "Faceless salesman in the desert" is the ONLY image of your "artwork" that IS NOT original? And: Have you taken necessary steps to receive permission for usage of that image, or paid any licensing fee(s)?<br><br>2. Do YOU make the appropriate attempts to publicly credit ALL resources of images used on your posters & "artwork" that you didn't create yourself?<br><br>3. Have you notified the proper sources of licensing for permission & usage to images you're using which may already be syndicated or copyrighted? (i.e., Images of Syd Barrett, usage of his name, Pink Floyd album covers, album art, photos, etc.)<br><br>4. What percentage of your "original artwork" (do you think) may include images you've either electronically duplicated, or didn't create yourself? As far as contacting your legal counsel is concerned, that's a given. My attorney is taking care of that immediately, and following that, no further personal contact of yourself (or your fellow group members) will be permitted.<br><br>Thank you and have a most pleasant day. |

Arthur:
Thanks for inquiring about new MP3's of The Mood(TM) But the next record that you people should invest in is "hooked on phonics" ;O) . Thank you for visiting Pink Voyd(TM)

---

**25)**

**SPANKYBUTTERLIPS**
Location:
Boston area

☐ Saturday, 29. May 2004 03:17 PM Host: h0004bd5c721f.ne.client2.attbi.com

HEY ARTHUR,glad to see the site up keep up the good work

---

**24)**

**friend of angels**
rideon@ao.com
Location:
some sunny day

☐ Friday, 28. May 2004 09:18 AM Host: cache-mtc-ac08.proxy.aol.com

Once again the healthcare fiasco in this country has failed us. This poor soul (mike "Hunt" )has been left to wander the streets without proper psychiatric evaluation and care.It's a sad state of affairs. We can only hope and pray he or she receives help soon. On a brighter note, rock on Mood!!!Love the site, keep the faith.....Does anybody else in here feel the way I do?????........

---

**23)**

**billy**
Location:
-

☐ Thursday, 27. May 2004 08:31 PM Host: ca15-ch01-bl03.fl-miami0.sa.EARTHLINK.NET

the mood as far as ive been able to find out have nothing whatsoever to do with the band pink voyd arthur is just a bloody trouble maker who has never played with the band pink voyd and has made an effort to tm something he does not have the right too so arthur whoever you are i smeel serious sour grapes

---

**22)**

**Groupie**
anavidmoodfan@aol.com
Location:
Whereitallbegan

☐ Thursday, 27. May 2004 07:31 PM Host: cache-dtc-ac08.proxy.aol.com

I've followed The Mood around from its conception, and i think its pretty small of people to make such disgusting comments and to even mention peoples names that have passed on and cannot comment themselves; or to make such horrendous accusations. A negative comment everyone may have but such malicious conduct is so inhumane. I like The Mood. To each his own................

---

**21)**

**The Mood**
TheMood2@aol.com
Location:
-

☐ Thursday, 27. May 2004 07:57 AM Host: cache-rk08.proxy.aol.com

Thursday, 27. May 2004 12:40 AM
IP: 209-6-212-223.c3-0.arl-ubr1.sbo-arl.ma.cable.rcn.com

The Mood
Pink Voyd

---

**20)**

**mike hunt**
eatmyshitarty@yahoo.com
Location:
in your fat fckn neck

☐ Thursday, 27. May 2004 12:40 AM IP: 209-6-212-223.c3-0.arl-ubr1.sbo-arl.ma.cable.rcn.com

Poor Richard Pontes,
Was he face-up or face-down in the water when they found him in the Charles River? Do you still see his ghost? And speaking of ghosts, Do you still have "supernatural visions" or are they "under control".
Sweet Dreams Fat-Fuck

> Website Administration:
> Dear Mr. "Hunt",
>
> This page is a "guestbook". It's intended for visitors of the website to post a greeting and/or an opinion, EVEN IF [that opinion] is not an "appreciable concurrence" with the business & musical activities of THE MOOD.
>
> Using an anonymous forum submission as a vehicle for sub-cultured ranting is one thing, and to a certain degree, will not be tolerated. Beyond that; your poor decision to make false, public accusations of murder does qualify as a criminal activity. The Owner of this site will be notified & likley will take appropriate lawful action(s).
>
> If [this notice] is subsequently removed by the Proprietary Business & Website Owner, that is their choice. Until that time, your I.P.'s will be recorded, traced, and blocked. Further CRIMINAL and/or childish activity will be submitted (as a recorded document) to the Owner, then deleted.
> With that said sir; please take your problems and your business elsewhere.
>
> Thank You,
> Website Administration

the real question:
poor Mike Hunt did your kid suck the mailmans dick too?

---

**19)**

mike hunt
eatmyshitarty@yahoo.com
Location:
in your fat neck

☐ Thursday, 27. May 2004 12:22 AM IP: 209-6-212-223.c3-0.arl-ubr1.sbo-arl.ma.cable.rcn.com

I'm sorry, it's "Anonymous Paul", that's what the recording says you fucking nut-case. I really hope you are still medicated and at peace with yourself you delusional asshole because you are going to need all the "support" you can get you fucking MURDERER.
Sleep well Fat-Fuck

**18)**

mike hunt
eatmyshitarty@yahoo.com
Location:
-

☐ Wednesday, 26. May 2004 11:54 PM IP: 209-6-212-223.c3-0.arl-ubr1.sbo-arl.ma.cable.rcn.com

Did Richard Pontes decide not to play with you also? I guess you showed him you sorry fucking headcase. How
's your mojo "Anonomous Paul"?
Ciao !

**17)**

mike hunt
eatmyshitarty@yahoo.com
Location:
uranis

☐ Wednesday, 26. May 2004 11:08 PM IP: 209-6-212-223.c3-0.arl-ubr1.sbo-arl.ma.cable.rcn.com

Hi Fat Fuck !
Golly Gee Wiz, It must be pretty fucking lonely on planet Arthur, too bad you can't get your shit together. I'm sorry to hear your nervous breakdown did'nt teach you anything you piece of shit. You know something asshole, I think you MURDERED Rich Pontes -- and I found out that I am not the only one.
Good Luck w/your Music career you fucking CHEESE salesman.
kisses
M.H.

**16)**

Chad Dyer
chad@naturallywireddesigns.com
Location:
St. Cloud, MN

☐ Tuesday, 25. May 2004 08:00 PM Host: astound-64-83-233-86.mn.astound.net

Hey! Glad to be here. The REAL Pink Floyd tribute! Imposters go home!

-Chad

**15)**

mike hunt
Location:
-

☐ Tuesday, 25. May 2004 09:06 AM Host: ca12-ch01-bl04.mo-stlouis0.sa.earthlink.net

so what makes you think your so good i listened to your mp3s they arent exactly floyd sequences sound like piss poor midi files aussie floyd sound much better so do beyond the darkside and pink voyd .com

> Arthur:
> Hi Mike it's "you're so good" thanks for visiting PinkVoyd.net(TM)

**14)**

Steev Coco
Location:
Belmont, MA, USA

☐ Saturday, 22. May 2004 10:01 PM Host: pool-151-203-199-180.bos.east.verizon.net

Hello. Greetings from Belmont! -- Our dog ate a bone... He thinks that was not cool. Play on!

> Arthur:
> any fool knows a dog needs a home, a shelter, from "Pigs" on the Wing :)~

**13)**

andy
andyt@lycos.com
Location:
-

☐ Friday, 21. May 2004 07:58 PM Host: ca12-ch01-bl03.mo-stlouis0.sa.earthlink.net

ive seen pinkvoyd on a number of occasions and sorry to say you werent in the band is there something wrong with this picture?????????????????

> Arthur:
> What picture is that?
>
> andy:
> the picture of pink voyd without you in it
>
> faithful fan:
> There's video Andy that's better than a picture!!

**12)**

john
Location:
usa

☐ Thursday, 20. May 2004 06:39 PM Host: h000625c3ea80.ne.client2.attbi.com

great page hope to see you guys play sometime