UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04 11539 JLT

|  |  |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER,<br>　　Plaintiffs<br><br>v.<br><br>ARTHUR ORFANOS,<br>　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S OPPOSITION
TO PLAINTIFFS' CROSS MOTION TO HOLD DEFENDANT IN
CONTEMPT AND AMENDMENT TO PLAINTIFFS' OPPOSITION
TO DEFENDANT'S REQUEST FOR RECONSIDERATION ON PAYMENT
MODIFICATION**

This response shall address paragraph 9 of defendant's opposition, which reads:

> Plaintiffs' cross motion ¶ 3 'previously been held in Contempt', granted by The Honorable Judge Joseph L. Tauro on February 9, 2004, is purely a fabrication in a malicious attempt to sway the opinion of the court. There was no motion filed on or about February 9, 2004 This lawsuit did not exist at that time.

(Emphatical punctuation and formatting omitted.) The plaintiffs state that through inadvertent error, they noted February 9, 2004 as the date of the motion it filed. The correct date of filing of the motion that plaintiffs refer to is December 9, 2004. This motion was granted, in part, by Judge Tauro on March 15, 2005. Therefore, the substantive veracity of plaintiffs' position still holds true, notwithstanding their inadvertent mistake.

WHEREFORE, plaintiffs respectfully request that their original Opposition to Defendant's Motion Requesting Reconsideration be amended in accordance with the above.

        Respectfully submitted,

        **CLARK, HUNT & EMBRY**

        */s/ Young B. Han*
        _____
        Young B. Han (664126)
        55 Cambridge Parkway
        Cambridge, MA  02142
        (617) 494-1920

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within document was served upon the defendant, Arthur Orfanos, by mail this 30th day of May, 2007.

        */s/ Young B. Han*
        _____
        Young B. Han