Arthur Orfanos
54 Egerton Rd
Arlington, MA 02474
781.646.4623

Young B. Han
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142

FILED
IN CLERKS OFFICE

2007 MAY 30  P 12: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: **Stickle et al v. Orfanos**
Docket No. 04-1411539-JLT

May 29, 2007,

Dear Attorney Han,

With reference to the above matter;

I am not represented by counsel, I called you today with the possibility of discussing a resolution in attempts to settle this matter, and however you would not speak to me.

You may contact me at any time.

Sincerely,

*[signature]*

Arthur Orfanos

Cc; Civil Clerk's Office