Arthur Orfanos
54 Egerton Rd
Arlington, MA 02474
781.646.4623

Young B. Han
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142

FILED
IN CLERKS OFFICE

2007 JUN -1  P 3 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

Re:  **Stickle et al v. Orfanos**
     Docket No. 04-1411539-JLT

May 30, 2007,

Dear Attorney Han,

With reference to the above matter;

Thank you for returning my call, as per our conversation today, I offered to pay you $25.00 or $50.00 in an effort to show my good faith intentions.

I hope you will consider my settlement offer that we discussed; I will have to try and borrow the money in order to pay. If you accept my offer, kindly contact me prior to the June 7, 2007 hearing so that we can discuss the details in resolving and settling this matter.

Thank you for your attention and consideration.

Sincerely,

Arthur Orfanos

Cc; Civil Clerk's Office