UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04 11539 JLT

_____
)
WALTER STICKLE, ANTHONY            )
CALIENDO, JOHN PITINGOLO and       )
DANIEL FISHER,                     )
    Plaintiffs                     )
                                   )
v.                                 )
                                   )
ARTHUR ORFANOS,                    )
    Defendant                      )
_____)

**NOTICE OF WITHDRAWAL**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly withdraw my appearance, only, as counsel for the plaintiffs, Walter Stickle, Anthony Caliendo, John Pitingolo and Daniel Fisher, with respect to the above-captioned matter.

    Respectfully submitted,

    /s/ *Young B. Han, Esq.*

    _____
    Young B. Han   (664126)

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the within document was served upon the defendant, Arthur Orfanos, by first-class mail this 22nd day of August 2008.

*/s/Steven M. Taylor*
_____
Steven M. Taylor