UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04 11539 JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER, <br>　　Plaintiffs <br><br>v. <br><br>ARTHUR ORFANOS, <br>　　Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

　　Kindly enter my appearance, only, as counsel for the plaintiffs, Walter Stickle, Anthony Caliendo, John Pitingolo and Daniel Fisher, with respect to the above-captioned matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**CLARK, HUNT & EMBRY**

　　　　　　　　　　　　　　　　　　　/s/ *Steven M. Taylor, Esq.*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Steven M. Taylor (657829)
　　　　　　　　　　　　　　　　　　　55 Cambridge Parkway
　　　　　　　　　　　　　　　　　　　Cambridge, MA  02142
　　　　　　　　　　　　　　　　　　　(617) 494-1920

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the within document was served upon the defendant, Arthur Orfanos, by first-class mail this 25th day of August 2008.

/s/ *Steven M. Taylor*
_____
Steven M. Taylor