# EXHIBIT A

Mr. Arthur Orfanos
54 Egerton Rd
Arlington, MA 02474

Steven Taylor
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142



Re:   Docket No. 04-1411539-JLT

June 3, 2008

Dear Attorney Taylor,

Enclosed; check #2098 in the amount of $25.00 for November, 2007.

Thank you,

Arthur Orfanos