# EXHIBIT B

Mr. Arthur Orfanos
54 Egerton Rd
Arlington, MA 02474

Steven Taylor
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142



Re:    Docket No. 04-1411539-JLT

June 5, 2008

Dear Attorney Taylor,

I am writing this as a follow up to the letter I sent to you dated June 3, 2008 (which I believe you should have received by now).

Due to my financial situation, I am unable to make payments on time but anticipate being able to send you additional payment on or before the end of this month.

If questions, you may contact me at any time, thank you.

Regards,

Arthur Orfanos