# EXHIBIT C

Mr. Arthur Orfanos
54 Egerton Rd
Arlington, MA 02474

Steven Taylor
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142



Re:    Docket No. 04-1411539-JLT

June 27, 2008

Dear Attorney Taylor,

Enclosed please find;

UNITED STATES POSTAL MONEY ORDER #10938717347, in the amount of $25.00.

Thank you,

Arthur Orfanos