**EXHIBIT D**

Mr. Arthur Orfanos
54 Egerton Rd
Arlington, MA 02474

Steven Taylor
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142

       Re:    04-1411539-JLT

August 16, 2008

Dear Attorney Taylor,

Enclosed please find;

Check # 2132 in the amount of $25.00. ✓

Thank you,

*[signature]*

Arthur Orfanos