UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539-JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER, Plaintiffs | ) ) ) ) ) ) |
| v. | ) ) |
| ARTHUR ORFANOS, Defendant | ) ) ) |

### DEFENDANT'S OPPOSITION TO PLAINTIFFS MOTION FOR CIVIL CONTEMPT

NOW COMES the Defendant in the above-captioned matter and respectfully Request this Honorable Court deny the Plaintiffs motion for civil contempt. In support of this motion the Defendant respectfully states the following;

1. I did not intentionally defy the honorable court.

2. I have been making payments to the best of my ability; I am unemployed, my family has been in financial hardship for some time, we are having difficulty meeting monthly expenses and are behind in many bills including; rent, heating oil, medical needs and other.

3.   I care for my child full time; he is fully dependant on me for food, medical care, clothing, shelter and other.

4.   I have recently received some assistance and have been able to make payment for the balance due, please see exhibit A.

5.   <u>This situation has been cured</u>; therefore I respectfully request that the Honorable court deny the plaintiffs motion for contempt.

WHEREFORE, the Defendant respectfully requests of this Honorable Court that the Plaintiffs' motion for civil contempt be denied.

Dated August 29, 2008                              respectfully submitted,
                                                                    Arthur Orfanos/ pro se



*[signature]*

Arthur Orfanos/ pro se
54 Egerton Rd
Arlington MA, 02474
781 646 4623

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-11539-JLT

| | |
|---|---|
| WALTER STICKLE, ANTHONY CALIENDO, JOHN PITINGOLO and DANIEL FISHER, Plaintiffs | )<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| ARTHUR ORFANOS, Defendant | )<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true copy of the within Defendant's Opposition to Plaintiffs motion for civil contempt was this day served upon Plaintiffs by mailing same first class Postage prepaid to: Steven Taylor, Attorney of Plaintiff, of Clark, Hunt and Embry, 55 Cambridge Parkway, Cambridge MA, 02141. SIGNED under the pains and penalties of perjury

Dated August 29, 2008

Arthur Orfanos/pro se

3