# EXHIBIT A

Arthur Orfanos
54 Egerton Rd
Arlington, MA 02474

Steven Taylor
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142

    Re:   **Stickle et al v. Orfanos**
             Docket No. 04-1411539-JLT

April 28, 2008,

Dear Attorney Taylor,

Enclosed please find check #154 in the amount of $50.00 and check #2138 in the amount of $125.00.

Also; in recent weeks your clients, A-CAL COPIERS vehicle has been in my neighborhood within a close proximity to my residence.

Kindly inform your clients; if any unnecessary activity continues, it will be deemed harassment and/or intimidation and will be brought to the attention of the Police.

Due to the history of your client's behavior, I'm sure you can understand my concern.

Thank you for your cooperation in this matter.

Sincerely,

Arthur Orfanos

Cc; Civil Clerk's Office, Arlington Police Department

